E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
856-382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In Re:<br><br>KEISHA JENAE HENRY,<br><br>Debtor. | Bankr. No.: 25-17457(ABA)<br><br>Hearing Date: _____ 2026 @ _____ _.m. |

NOTICE OF MOTION OF ANDREW SKLAR, CHAPTER 7 TRUSTEE,
FOR THE ENTRY OF AN ORDER AUTHORIZING SALE OF REAL PROPERTY OF
THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

To: All Parties on the Attached Service List

PLEASE TAKE NOTICE that on ____________, 2026 at __:__ __.m., or as soon thereafter as counsel may be heard, Lex Nova Law, LLC, counsel for Andrew Sklar, Chapter 7 Trustee ("Trustee"), shall move before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Camden, New Jersey, for the entry of an Order Authorizing the Sale of Real Property of the Estate Free and Claim of Liens, Claims and Encumbrances (the "Motion").

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, the Trustee shall rely on his attached Certification in Support of the Motion.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion must: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed on or before

___________, 2025, with the:

Clerk, United States Bankruptcy Court
U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to: E. Richard Dressel, Proposed Counsel for the Debtor, at Lex Nova Law LLC, 10 E. Stow Road, Suite 250, Marlton, New Jersey 08053, as well as to all parties on the attached Service List.

You must also attend the hearing schedule to be held on October ____, 2025 at ______ _.m. before the Honorable Andrew B. Altenburg in the United States Bankruptcy Court, U.S. Post Office and Courthouse, 401 Market Street, Second Floor, Camden, NJ 08101.

PLEASE TAKE FURTHER NOTICE that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

Dated: October14, 2026

/s/ E. Richard Dressel
E. Richard Dressel, Esquire
Lex Nova Law LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
Attorneys for Andrew Sklar,
Chapter 7 Trustee