# NOTICE

## TO BUYER AND SELLER
## READ THIS NOTICE BEFORE SIGNING THE CONTRACT

The Law requires real estate brokers to give you the following information before you sign this contract. It requires us to tell you that you must read all of it before you sign. The purpose is to help you in this purchase or sale.

1) As a real estate broker, I represent: ☑ the seller, not the buyer; ☐ the buyer, not the seller; ☐ both the seller and the buyer; ☐ neither the seller nor the buyer. The title company does not represent either the seller or the buyer.

2) You will not get any legal advice unless you have your own lawyer. Neither I nor anyone from the title company can give legal advice to either the buyer or the seller. If you do not hire a lawyer, no one will represent you in legal matters now or at the closing. Neither I nor the title company will represent you in those matters.

3) The contract is the most important part of the transaction. It determines your rights, risks, and obligations. Signing the contract is a big step. A lawyer would review the contract, help you to understand it, and to negotiate its terms.

4) The contract becomes final and binding unless your lawyer cancels it within the following three business days. If you do not have a lawyer, you cannot change or cancel the contract unless the other party agrees. Neither can the real estate broker nor the title insurance company change the contract.

5) Another important service of a lawyer is to order a survey, title report, or other important reports. The lawyer will review them and help to resolve any questions that may arise about the ownership and condition of the property. These reports and survey can cost you a lot of money. A lawyer will also prepare the documents needed to close title and represent you at the closing.

6) A buyer without a lawyer runs special risks. Only a lawyer can advise a buyer about what to do if problems arise concerning the purchase of this property. The problems may be about the seller's title, the size and shape of the property, or other matters that may affect the value of the property. If either the broker or the title company knows about the problems, they should tell you. But they may not recognize the problem, see it from your point of view, or know what to do. Ordinarily, the broker and the title company have an interest in seeing that the sale is completed, because only then do they usually receive their commissions. So, their interests may differ from yours.

7) Whether you retain a lawyer is up to you. It is your decision. The purpose of this notice is to make sure that you have the information needed to make your decision.

| | | | |
|---|---|---|---|
| *Andrew Sklar* (dotloop verified 09/18/26 7:58 AM EDT IACX-QM2S-EHDX-STAY) | | *Jauaid Najmi* | 09/17/2026 |
| SELLER | DATE | BUYER | DATE |
| | | | |
| SELLER | DATE | BUYER | DATE |
| | | | |
| SELLER | DATE | BUYER | DATE |
| | | | |
| SELLER | DATE | BUYER | DATE |
| *Robert Greenblatt* (dotloop verified 09/17/26 5:37 PM EDT WN4L-HWBT-OCIE-O6M4) | | *Glenn Trace* | 09/17/2026 |
| Listing Broker | | Selling Broker | |

Prepared by: Robert Greenblatt
Name of Real Estate Licensee

dotloop signature verification: dtlp.us
DigiSign Verified - 2669ca92-7d1c-42ea-a1d1-dc3066e5a359

# NEW JERSEY REALTORS® STANDARD FORM OF REAL ESTATE SALES CONTRACT

NEW JERSEY REALTORS®

©2016 New Jersey REALTORS®, Inc.

THIS FORM MAY BE USED ONLY IN THE SALE OF A ONE TO FOUR-FAMILY RESIDENTIAL PROPERTY OR VACANT ONE-FAMILY LOTS. THIS FORM IS SUITABLE FOR USE ONLY WHERE THE SELLER HAS PREVIOUSLY EXECUTED A WRITTEN LISTING AGREEMENT.

**THIS IS A LEGALLY BINDING CONTRACT THAT WILL BECOME FINAL WITHIN THREE BUSINESS DAYS. DURING THIS PERIOD YOU MAY CHOOSE TO CONSULT AN ATTORNEY WHO CAN REVIEW AND CANCEL THE CONTRACT. SEE SECTION ON ATTORNEY REVIEW FOR DETAILS.**

## TABLE OF CONTENTS

1. PARTIES AND PROPERTY DESCRIPTION
2. PURCHASE PRICE
3. MANNER OF PAYMENT
4. SUFFICIENT ASSETS
5. ACCURATE DISCLOSURE OF SELLING PRICE
6. ITEMS INCLUDED IN SALE
7. ITEMS EXCLUDED FROM SALE
8. DATES AND TIMES FOR PERFORMANCE
9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE
10. MUNICIPAL ASSESSMENTS
11. QUALITY AND INSURABILITY OF TITLE
12. POSSESSION, OCCUPANCY AND TENANCIES
13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD
14. POINT OF ENTRY TREATMENT SYSTEMS
15. CESSPOOL REQUIREMENTS
16. INSPECTION CONTINGENCY CLAUSE
17. MEGAN'S LAW STATEMENT
18. MEGAN'S LAW REGISTRY
19. NOTIFICATION REGARDING OFF-SITE CONDITIONS
20. AIR SAFETY AND ZONING NOTICE
21. BULK SALES
22. NOTICE TO BUYER CONCERNING INSURANCE
23. MAINTENANCE AND CONDITION OF PROPERTY
24. RISK OF LOSS
25. INITIAL AND FINAL WALK-THROUGHS
26. ADJUSTMENTS AT CLOSING
27. FAILURE OF BUYER OR SELLER TO CLOSE
28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGEMENT
29. DECLARATION OF BROKER(S) BUSINESS RELATIONSHIP(S)
30. BROKERS' INFORMATION AND COMMISSION
31. EQUITABLE LIEN
32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE
33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS
34. PROFESSIONAL REFERRALS
35. ATTORNEY-REVIEW CLAUSE
36. NOTICES
37. NO ASSIGNMENT
38. ELECTRONIC SIGNATURES AND DOCUMENTS
39. CORPORATE RESOLUTIONS
40. ENTIRE AGREEMENT; PARTIES LIABLE
41. APPLICABLE LAWS
42. ADDENDA
43. ADDITIONAL CONTRACTUAL PROVISIONS

## 1. PARTIES AND PROPERTY DESCRIPTION:

Javaid Najmi ("Buyer"), ____________________, ("Buyer"),

____________________ ("Buyer"), ____________________, ("Buyer"),

whose address is/are 7 Pine Ridge Drive, East Brunswick, NJ 08816

____________________

**AGREES TO PURCHASE FROM**

Andrew Sklar Trustee for the Bankruptcy Estate of Keisha Henry ("Seller"), ____________________, ("Seller"),

____________________ ("Seller"), ____________________, ("Seller"),

whose address is/are 1020 Laurel Oak Road, Suite 203, Voorhees, New Jersey 08043

____________________

**THROUGH THE BROKER(S) NAMED IN THIS CONTRACT AT THE PRICE AND TERMS STATED BELOW, THE FOLLOWING PROPERTY:**

Property Address: 8 Wagon Wheel Drive, Sicklerville, NJ 08081

shown on the municipal tax map of Winslow Twp County Camden

as Block 01101 01 Lot 00008 **(the "Property")** Qualifier ________ (if the Property is a condominium).

**THE WORDS "BUYER" AND "SELLER" INCLUDE ALL BUYERS AND SELLERS LISTED ABOVE.**

## 2. PURCHASE PRICE:

**TOTAL PURCHASE PRICE** ........................ $ 285,000

**INITIAL DEPOSIT** ........................ $ 5,000

**ADDITIONAL DEPOSIT** ........................ $ 0

**MORTGAGE** ........................ $ 0

**BALANCE OF PURCHASE PRICE** ........................ $ 280,000.00



Buyer's Initials: JN

Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

**3. MANNER OF PAYMENT:**

(A) **INITIAL DEPOSIT** to be paid by Buyer to ☐ Listing Broker ☐ Participating Broker ☐ Buyer's Attorney ☑ Title Company ☐ Other ____________________, on or before ________________ (date) (if left blank, then within five (5) business days after the fully signed Contract has been delivered to both the Buyer and the Seller).

(B) **ADDITIONAL DEPOSIT** to be paid by Buyer to the party who will be responsible for holding the escrow who is identified below on or before ________________ (date) (if left blank, then within ten (10) calendar days after the fully signed Contract has been delivered to both the Buyer and the Seller).

(C) **ESCROW: All initial and additional deposit monies paid by Buyer shall be held in escrow in the NON-INTEREST BEARING TRUST ACCOUNT of** Buyers title Company________, **("Escrowee"), until the Closing, at which time all monies shall be paid over to Seller.** The deposit monies shall not be paid over to Seller prior to the Closing, unless otherwise agreed in writing by both Buyer and Seller. If Buyer and Seller cannot agree on the disbursement of these escrow monies, the Escrowee may place the deposit monies in Court requesting the Court to resolve the dispute.

(D) **IF PERFORMANCE BY BUYER IS CONTINGENT UPON OBTAINING A MORTGAGE:**

If payment of the purchase price requires a mortgage loan other than by Seller or other than assumption of Seller's mortgage, Buyer shall apply for the loan through any lending institution of Buyer's choice in writing on lender's standard form within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract, and use best efforts to obtain it. Buyer shall supply all necessary information and fees required by the proposed lender and shall authorize the lender to communicate with the real estate brokers(s) and involved attorney(s). Buyer shall obtain a written commitment from the lending institution to make a loan on the property under the following terms:

Principal Amount $________ Type of Mortgage: ☐ VA ☐ FHA ☐ Section 203(k) ☐ Conventional ☑ Other Cash________
Term of Mortgage: ________ years, with monthly payments based on a ______ year payment schedule.

The written mortgage commitment must be delivered to Seller's agent, who is the Listing Broker identified in Section 30, and Seller's attorney, if applicable, no later than N/A (date) (if left blank, then within thirty (30) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within thirty (30) calendar days after the parties agree to the terms of this Contract). Thereafter, if Buyer has not obtained the commitment, then either Buyer or Seller may void this Contract by written notice to the other party and Broker(s) within ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later. If this Contract is voided, the deposit monies paid by Buyer shall be returned to Buyer notwithstanding any other provision in this Contract, provided, however, if Seller alleges in writing to Escrowee within said ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later, that the failure to obtain the mortgage commitment is the result of Buyer's bad faith, negligence, intentional conduct or failure to diligently pursue the mortgage application, then Escrowee shall not return the deposit monies to Buyer without the written authorization of Seller. If Buyer has applied for Section 203(k) financing this Contract is contingent upon mortgage approval and the Buyer's acceptance of additional required repairs as determined by the lender.

(E) **BALANCE OF PURCHASE PRICE:** The balance of the purchase price shall be paid by Buyer in cash, or by certified, cashier's check or trust account check.

Payment of the balance of the purchase price by Buyer shall be made at the closing, which will take place on 10/16/2026 (date) at the office of Buyer's closing agent or such other place as Seller and Buyer may agree ("the Closing").

**4. SUFFICIENT ASSETS:**

Buyer represents that Buyer has or will have as of the Closing, all necessary cash assets, together with the mortgage loan proceeds, to complete the Closing. Should Buyer not have sufficient cash assets at the Closing, Buyer will be in breach of this Contract and Seller shall be entitled to any remedies as provided by law.

**5. ACCURATE DISCLOSURE OF SELLING PRICE:**

Buyer and Seller certify that this Contract accurately reflects the gross sale price as indicated in Section 2 of this Contract. Buyer and Seller understand and agree that this information shall be disclosed to the Internal Revenue Service and other government agencies as required by law.

**6. ITEMS INCLUDED IN SALE:**

The Property includes all fixtures permanently attached to the building(s), and all shrubbery, plantings and fencing, gas and electric fixtures, cooking ranges and ovens, hot water heaters, flooring, screens, storm sashes, shades, blinds, awnings, radiator covers, heating



Buyer's Initials: JM | Seller's Initials: [initials] 09/18/26 7:58 AM EDT dotloop verified

apparatus and sump pumps, if any, except where owned by tenants, are included in this sale. All of the appliances shall be in working order as of the Closing. Seller does not guarantee the condition of the appliances after the Deed and affidavit of title have been delivered to Buyer at the Closing. The following items are also specifically included (If reference is made to the MLS Sheet and/or any other document, then the document(s) referenced should be attached.):

Refrigerator, Range, Dishwasher, Microwave

**7. ITEMS EXCLUDED FROM SALE:** (If reference is made to the MLS Sheet and/or any other document, then the document(s) referenced should be attached.):

**8. DATES AND TIMES FOR PERFORMANCE:**

Seller and Buyer agree that all dates and times included in this Contract are of the essence. This means that Seller and Buyer must satisfy the terms of this Contract within the time limits that are set in this Contract or will be in default, except as otherwise provided in this Contract or required by applicable law, including but not limited to if the Closing has to be delayed either because a lender does not timely provide documents through no fault of Buyer or Seller or for three (3) business days because of the change of terms as required by the Consumer Financial Protection Bureau.

If Seller requests that any addendum or other document be signed in connection with this Contract, "final execution date," "acknowledgement date," or similar language contained in such document that sets the time period for the completion of any conditions or contingencies, including but not limited to inspections and financing, shall mean that the time will begin to run after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then from the date the parties agree to the terms of this Contract.

Buyer selects TBD ("Closing Agent") as the title company, attorney or other entity or person to conduct the Closing. If the Closing Agent is an entity or person other than the Buyer's attorney, Buyer agrees to timely contact the Closing Agent to schedule the Closing after the attorney-review period is completed or, if the Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then after the parties agree to the terms of this Contract.

**9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE:**

**(A) Zoning Compliance.**

Seller makes no representations concerning existing zoning ordinances, except that Seller's use of the Property is not presently in violation of any zoning ordinances.

**(B) Certificate of Occupancy or Housing Code Letter.**

Some municipalities may require a Certificate of Occupancy or Housing Code Letter to be issued. If any is required for this Property, Seller shall obtain it at Seller's expense and provide to Buyer prior to Closing and shall be responsible to make and pay for any repairs required in order to obtain the Certificate or Letter. However, if this expense exceeds $0 (if left blank, then 1.5% of the purchase price) to Seller, then Seller may terminate this Contract and refund to Buyer all deposit monies plus Buyer's reasonable expenses, if any, in connection with this transaction unless Buyer elects to make repairs in excess of said amount at Buyer's expense, in which event Seller shall not have the right to terminate this Contract.

**(C) Smoke-Sensitive Alarm Device Compliance.**

Seller shall comply with all New Jersey laws, and local ordinances, including but not limited to smoke detectors, carbon monoxide detectors, fire extinguishers and indoor sprinklers, the cost of which shall be paid by Seller and not be considered a repair cost.

**(D) Secondary Power Source Identification Label.**

If there is a secondary power source to the primary power supply (i.e. permanently installed internal combustion generators, solar panels, battery storage systems, or any other supplemental source of electrical energy), a label shall be installed within 18 inches of the main electrical panel and electrical meter, warning about the dangers associated with secondary power sources as required by law.



Buyer's Initials: JN

Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

**10. MUNICIPAL ASSESSMENTS:** (Seller represents that Seller ☐ has ☑ has not been notified of any such municipal assessments as explained in this Section.)

Title shall be free and clear of all assessments for municipal improvements, including but not limited to municipal liens, as well as assessments and liabilities for future assessments for improvements constructed and completed. All confirmed assessments and all unconfirmed assessments that have been or may be imposed by the municipality for improvements that have been completed as of the Closing are to be paid in full by Seller or credited to Buyer at the Closing. A confirmed assessment is a lien against the Property. An unconfirmed assessment is a potential lien that, when approved by the appropriate governmental entity, will become a legal claim against the Property.

**11. QUALITY AND INSURABILITY OF TITLE:**
At the Closing, Seller shall deliver a duly executed Bargain and Sale Deed with Covenant as to Grantor's Acts or other Deed satisfactory to Buyer. Title to the Property will be free from all claims or rights of others, except as described in this Section and Section 12 of this Contract. The Deed shall contain the full legal description of the Property.

This sale will be subject to utility and other easements and restrictions of record, if any, and such state of facts as an accurate survey might disclose, provided such easement or restriction does not unreasonably limit the use of the Property. Generally, an easement is a right of a person other than the owner of property to use a portion of the property for a special purpose. A restriction is a recorded limitation on the manner in which a property owner may use the property. Buyer does not have to complete the purchase, however, if any easement, restriction or facts disclosed by an accurate survey would substantially interfere with the use of the Property for residential purposes. A violation of any restriction shall not be a reason for Buyer refusing to complete the Closing as long as the title company insures Buyer against loss at regular rates. The sale also will be made subject to applicable zoning ordinances, provided that the ordinances do not render title unmarketable.

Title to the Property shall be good, marketable and insurable, at regular rates, by any title insurance company licensed to do business in New Jersey, subject only to the claims and rights described in this Section and Section 12. Buyer agrees to order a title insurance commitment (title search) and survey, if required by Buyer's lender, title company or the municipality where the Property is located, and to furnish copies to Seller. If Seller's title contains any exceptions other than as set forth in this Section, Buyer shall notify Seller and Seller shall have thirty (30) calendar days within which to eliminate those exceptions. Seller represents, to the best of Seller's knowledge, that there are no restrictions in any conveyance or plans of record that will prohibit use and/or occupancy of the Property as a townhouse family residential dwelling. Seller represents that all buildings and other improvements on the Property are within its boundary lines and that no improvements on adjoining properties extend across boundary lines of the Property.

If Seller is unable to transfer the quality of title required and Buyer and Seller are unable to agree upon a reduction of the purchase price, Buyer shall have the option to either void this Contract, in which case the monies paid by Buyer toward the purchase price shall be returned to Buyer, together with the actual costs of the title search and the survey and the mortgage application fees in preparing for the Closing without further liability to Seller, or to proceed with the Closing without any reduction of the purchase price.

**12. POSSESSION, OCCUPANCY AND TENANCIES:**
**(A) Possession and Occupancy.**
Possession and occupancy will be given to Buyer at the Closing. Buyer shall be entitled to possession of the Property, and any rents or profits from the Property, immediately upon the delivery of the Deed and the Closing. Seller shall pay off any person with a claim or right affecting the Property from the proceeds of this sale at or before the Closing.

**(B) Tenancies.** ☐ Applicable ☑ Not Applicable
Occupancy will be subject to the tenancies listed below as of the Closing. Seller represents that the tenancies are not in violation of any existing Municipal, County, State or Federal rules, regulations or laws. Seller agrees to transfer all security deposits to Buyer at the Closing and to provide to Brokers and Buyer a copy of all leases concerning the tenancies, if any, along with this Contract when it is signed by Seller. Seller represents that such leases can be assigned and that Seller will assign said leases, and Buyer agrees to accept title subject to these leases.

| TENANT'S NAME | LOCATION | RENT | SECURITY DEPOSIT | TERM |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Buyer acknowledges that, effective July 22, 2022, certain rental dwelling units built before 1978 are required to be inspected pursuant to N.J.S.A. 52:27D-437.16, et seq., for lead-based paint. See section 13D below.

 Buyer's Initials: JM Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

**13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD: (This section is applicable only to all dwellings built prior to 1978.)** ☐ Applicable ☑ Not Applicable

**(A) Document Acknowledgement.**
Buyer acknowledges receipt of the EPA pamphlet entitled "Protect Your Family From Lead In Your Home." Moreover, a copy of a document entitled "Disclosure of Information and Acknowledgement Lead-Based Paint and Lead-Based Paint Hazards" has been fully completed and signed by Buyer, Seller and Broker(s) and is appended to and made a part of this Contract.

**(B) Lead Warning Statement.**
Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

**(C) Inspection.**
The law requires that, unless Buyer and Seller agree to a longer or shorter period, Seller must allow Buyer a ten (10) calendar day period within which to complete an inspection and/or risk assessment of the Property as set forth in the next paragraph. Buyer, however, has the right to waive this requirement in its entirety.

This Contract is contingent upon an inspection and/or risk assessment (the "Inspection") of the Property by a certified inspector/risk assessor for the presence of lead-based paint and/or lead-based paint hazards. The Inspection shall be ordered and obtained by Buyer at Buyer's expense within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms in this Contract ("Completion Date"). If the Inspection indicates that no lead-based paint or lead-based paint hazard is present at the Property, this contingency clause shall be deemed null and void. If the Inspection indicates that lead-based paint or lead-based paint hazard is present at the Property, this contingency clause will terminate at the time set forth above unless, within five (5) business days from the Completion Date, Buyer delivers a copy of the inspection and/or risk assessment report to Seller and Brokers and (1) advises Seller and Brokers, in writing that Buyer is voiding this Contract; or (2) delivers to Seller and Brokers a written amendment (the "Amendment") to this Contract listing the specific existing deficiencies and corrections required by Buyer. The Amendment shall provide that Seller agrees to (a) correct the deficiencies; and (b) furnish Buyer with a certification from a certified inspector/risk assessor that the deficiencies have been corrected, before the Closing. Seller shall have ____________ (if left blank, then 3) business days after receipt of the Amendment to sign and return it to Buyer or send a written counter-proposal to Buyer. If Seller does not sign and return the Amendment or fails to offer a counter-proposal, this Contract shall be null and void. If Seller offers a counter-proposal, Buyer shall have ____________ (if left blank, then 3) business days after receipt of the counter-proposal to accept it. If Buyer fails to accept the counter-proposal within the time limit provided, this Contract shall be null and void.

**(D) Rental Dwelling Inspections.**
Effective July 22, 2022, all rental dwelling units built before 1978 required to be inspected pursuant to the New Jersey Lead-Based Paint Inspection Law, N.J.S.A. 52:27D-437.16, et seq., must be inspected for lead-based paint by July 22, 2024, or upon tenant turnover, whichever is earlier (note: there are several exemptions, including but not limited to seasonal rentals that are rented for less than six (6) months each year by tenants that do not have consecutive lease renewals). The law imposes an obligation on municipalities to perform or hire, or allow the property owner/landlord to directly hire, a certified lead evaluation contractor to perform the inspections of single-family, two-family, and multiple rental dwellings that are covered by the law for lead-based paint hazards, at times specified in the law. The type of inspection depends on the lead levels in children in the municipality where the rental dwelling unit is located.

Seller is advised to provide Buyer with all lead-safe certifications concerning the Property and the Guide to Lead-Based Paint in Rental Dwellings issued by the New Jersey Department of Community Affairs prior to closing.

Buyer is advised to contact the municipality in which the Property is located to determine the type of inspection, if any, required if the Property currently has a tenant or may have a tenant in the future.

**14. POINT-OF-ENTRY TREATMENT ("POET") SYSTEMS:** ☐ Applicable ☑ Not Applicable
A point-of-entry treatment ("POET") system is a type of water treatment system used to remove contaminants from the water entering a structure from a potable well, usually through a filtration process. Seller represents that a POET system has been installed to an existing well on the Property and the POET system was installed and/or maintained using funds received from the New Jersey Spill Compensation Fund Claims Program, N.J.S.A. 58:10-23.11, et seq. The Buyer understands that Buyer will not be eligible to receive any such funds for the continued maintenance of the POET system. Pursuant to N.J.A.C. 7:1J-2.5(c), Seller agrees to notify the Department of Environmental Protection within thirty (30) calendar days of executing this Contract that the Property is to be sold.



Buyer's Initials: JN | | |
Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified | | |

**15. CESSPOOL REQUIREMENTS:** ☐ Applicable ☑ Not Applicable

**(This section is applicable if the Property has a cesspool, except in certain limited circumstances set forth in N.J.A.C. 7:9A-3.16.)** Pursuant to New Jersey's Standards for Individual Subsurface Sewage Disposal Systems, N.J.A.C. 7:9A (the "Standards"), if this Contract is for the sale of real property at which any cesspool, privy, outhouse, latrine or pit toilet (collectively "Cesspool") is located, the Cesspool must be abandoned and replaced with an individual subsurface sewage disposal system at or before the time of the real property transfer, except in limited circumstances.

(A) Seller represents to Buyer that ☑ no Cesspool is located at or on the Property, or ☐ one or more Cesspools are located at or on the Property. **[If there are one or more Cesspools, then also check EITHER Box 1 or 2 below.]**

1. ☐ Seller agrees that, prior to the Closing and at its sole cost and expense, Seller shall abandon and replace any and all Cesspools located at or on the Property and replace such Cesspools with an individual subsurface sewage disposal system ("System") meeting all the requirements of the Standards. At or prior to the Closing, Seller shall deliver to Buyer a certificate of compliance ("Certificate of Compliance") issued by the administrative authority ("Administrative Authority") (as those terms are defined in N.J.A.C. 7:9A-2.1) with respect to the System. Notwithstanding the foregoing, if the Administrative Authority determines that a fully compliant system cannot be installed at the Property, then Seller shall notify Buyer in writing within three (3) business days of its receipt of the Administrative Authority's determination of its intent to install either a nonconforming System or a permanent holding tank, as determined by the Administrative Authority ( "Alternate System"), and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of receipt of the notice from Seller. If Buyer fails to timely void this Contract, Buyer shall have waived its right to cancel this Contract under this paragraph, and Seller shall install the Alternate System and, at or prior to the Closing, deliver to Buyer such Certificate of Compliance or other evidence of approval of the Alternate System as may be issued by the Administrative Authority. The delivery of said Certificate of Compliance or other evidence of approval shall be a condition precedent to the Closing; or

2. ☐ Buyer agrees that, at its sole cost and expense, Buyer shall take all actions necessary to abandon and replace any and all Cesspools located at or on the Property and replace such Cesspools with a System meeting all the requirements of the Standards or an Alternate System. Buyer shall indemnify and hold Seller harmless for any and all costs, damages, claims, fines, penalties and assessments (including but not limited to reasonable attorneys' and experts' fees) arising from Buyer's violation of this paragraph. This paragraph shall survive the Closing.

(B) If prior to the Closing, either Buyer or Seller becomes aware of any Cesspool at or on the Property that was not disclosed by Seller at or prior to execution of this Contract, the party with knowledge of the newly identified Cesspool shall promptly, but in no event later than three (3) business days after receipt of such knowledge, advise the other party of the newly identified Cesspool in writing. In such event, the parties in good faith shall agree, no later than seven (7) business days after sending or receiving the written notice of the newly identified Cesspool, or the day preceding the scheduled Closing, whichever is sooner, to proceed pursuant to subsection (A) 1 or 2 above or such other agreement as satisfies the Standards, or either party may terminate this Contract.

**16. INSPECTION CONTINGENCY CLAUSE:**

**(A) Responsibilities of Home Ownership.**

Buyer and Seller acknowledge and agree that, because the purchase of a home is one of the most significant investments a person can make in a lifetime, all aspects of this transaction require considerable analysis and investigation by Buyer before closing title to the Property. While Brokers and salespersons who are involved in this transaction are trained as licensees under the New Jersey Licensing Act they readily acknowledge that they have had no special training or experience with respect to the complexities pertaining to the multitude of structural, topographical and environmental components of this Property. For example, and not by way of limitation, Brokers and salespersons have no special training, knowledge or experience with regard to discovering and/or evaluating physical defects, including structural defects, roof, basement, mechanical equipment, such as heating, air conditioning, and electrical systems, sewage, plumbing, exterior drainage, termite, and other types of insect infestation or damage caused by such infestation. Moreover, Brokers and salespersons similarly have no special training, knowledge or experience with regard to evaluation of possible environmental conditions which might affect the Property pertaining to the dwelling, such as the existence of radon gas, formaldehyde gas, airborne asbestos fibers, toxic chemicals, underground storage tanks, lead, mold or other pollutants in the soil, air or water.

**(B) Radon Testing, Reports and Mitigation.**

**(Radon is a radioactive gas which results from the natural breakdown of uranium in soil, rock and water. It has been found in homes all over the United States and is a carcinogen. For more information on radon, go to www.epa.gov/radon and www.nj.gov/dep/rpp/radon/ or call the NJ Radon Hot Line at 800-648-0394 or 609-984-5425.)**

If the Property has been tested for radon prior to the date of this Contract, Seller agrees to provide to Buyer, at the time of the execution of this Contract, a copy of the result of the radon test(s) and evidence of any subsequent radon mitigation or treatment of the Property. In any event, Buyer shall have the right to conduct a radon inspection/test as provided and subject to the conditions set forth in paragraph (D) below. If any test results furnished or obtained by Buyer indicate a concentration level of 4 picocuries per liter (4.0 pCi/L) or more in the subject dwelling, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of



Buyer's Initials: JN | Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

the receipt of any such report. For the purposes of this Section 16, Seller and Buyer agree that, in the event a radon gas concentration level in the subject dwelling is determined to be less than 4 picocuries per liter (4.0 pCi/L) without any remediation, such level of radon gas concentration shall be deemed to be an acceptable level ("Acceptable Level") for the purposes of this Contract. Under those circumstances, Seller shall be under no obligation to remediate, and this contingency clause as it relates to radon shall be deemed fully satisfied.

If Buyer's qualified inspector reports that the radon gas concentration level in the subject dwelling is four picocuries per liter (4.0 pCi/L) or more, Seller shall have a seven (7) business day period after receipt of such report to notify Buyer in writing that Seller agrees to remediate the gas concentration to an Acceptable Level (unless Buyer has voided this Contract as provided in the preceding paragraph). Upon such remediation, the contingency in this Contract which relates to radon shall be deemed fully satisfied. If Seller fails to notify Buyer of Seller's agreement to so remediate, such failure to so notify shall be deemed to be a refusal by Seller to remediate the radon level to an Acceptable Level, and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) calendar days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force and effect, and Seller shall be under no obligation to remediate the radon gas concentration. If Seller agrees to remediate the radon to an Acceptable Level, such remediation and associated testing shall be completed by Seller prior to the Closing.

**(C) Infestation and/or Damage By Wood Boring Insects.**
Buyer shall have the right to have the Property inspected by a licensed exterminating company of Buyer's choice, for the purpose of determining if the Property is free from infestation and damage from termites or other wood destroying insects. If Buyer chooses to make this inspection, Buyer shall pay for the inspection unless Buyer's lender prohibits Buyer from paying, in which case Seller shall pay. The inspection must be completed and written reports must be furnished to Seller and Broker(s) within _____ (if left blank, then 14) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this Contract. This report shall state the nature and extent of any infestation and/or damage and the full cost of treatment for any infestation. Seller agrees to treat any infestation and cure any damage at Seller's expense prior to Closing, provided however, if the cost to cure exceeds 1% of the purchase price of the Property, then either party may void this Contract provided they do so within _____ (if left blank, then 7) business days after the report has been delivered to Seller and Brokers. If Buyer and Seller are unable to agree upon who will pay for the cost to cure and neither party timely voids this Contract, then Buyer will be deemed to have waived its right to terminate this Contract and will bear the cost to cure that is over 1% of the purchase price, with Seller bearing the cost that is under 1% of the purchase price.

**(D) Buyer's Right to Inspections.**
Buyer acknowledges that the Property is being sold in an "as is" condition and that this Contract is entered into based upon the knowledge of Buyer as to the value of the land and whatever buildings are upon the Property, and not on any representation made by Seller, Brokers or their agents as to character or quality of the Property. Therefore, Buyer, at Buyer's sole cost and expense, is granted the right to have the dwelling and all other aspects of the Property, inspected and evaluated by "qualified inspectors" (as the term is defined in subsection H below) for the purpose of determining the existence of any physical defects or environmental conditions such as outlined above. If Buyer chooses to make inspections referred to in this paragraph, such inspections must be completed, and written reports including a list of repairs Buyer is requesting must be furnished to Seller and Brokers within _____ (if left blank, then 14) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within _____ (if left blank, then 14) calendar days after the parties agree to the terms of this Contract. If Buyer fails to furnish such written reports to Seller and Brokers within the _____ (if left blank, then 14) calendar days specified in this paragraph, this contingency clause shall be deemed waived by Buyer, and the Property shall be deemed acceptable by Buyer. The time period for furnishing the inspection reports is referred to as the "Inspection Time Period." Seller shall have all utilities in service for inspections.

**(E) Responsibility to Cure.**
If any physical defects or environmental conditions (other than radon or woodboring insects) are reported by the qualified inspectors to Seller within the Inspection Time Period, Seller shall then have seven (7) business days after the receipt of such reports to notify Buyer in writing that Seller shall correct or cure any of the defects set forth in such reports. If Seller fails to notify Buyer of Seller's agreement to so cure and correct, such failure to so notify shall be deemed to be a refusal by Seller to cure or correct such defects. If Seller fails to agree to cure or correct such defects within the seven (7) business day period, or if the environmental condition at the Property (other than radon) is incurable and is of such significance as to unreasonably endanger the health of Buyer, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force, and Seller shall be under no obligation to correct or cure any of the defects set forth in the inspections. If Seller agrees to correct or cure such defects, all such repair work shall be completed by Seller prior to the closing of title. Radon at the Property shall be governed by the provisions of paragraph (B), above.



Buyer's Initials: JN

Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

**(F) Flood Risks.**

Flood risks in New Jersey are growing due to the effects of climate change. Coastal and inland areas may experience significant flooding now and in the near future, including in places that were not previously known to flood. For example, by 2050, it is likely that sea-level rise will meet or exceed 2.1 feet above 2000 levels, placing over 40,000 New Jersey properties at risk of permanent coastal flooding. In addition, precipitation intensity in New Jersey is increasing at levels significantly above historic trends, placing inland properties at greater risk of flash flooding. These and other coastal and inland flood risks are expected to increase within the life of a typical mortgage originated in or after 2020.

To learn more about these impacts, including the flood risk to the property, visit njreal.to/flood-disclosure. To learn more about how to prepare for a flood emergency, visit njreal.to/flood-planning.

**(G) Flood Hazard Area.**

The federal and state governments have designated certain areas as flood areas. If the Property is located in a flood area, the use of the Property may be limited. If Buyer's inquiry reveals that the Property is in a flood area, Buyer may cancel this Contract within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract. If the mortgage lender requires flood insurance, then Buyer shall be responsible for obtaining such insurance on the Property. For a flood policy to be in effect immediately, there must be a loan closing. There is a thirty (30) calendar day wait for flood policies to be in effect for cash transactions. Therefore, cash buyers are advised to make application and make advance payment for a flood policy at least thirty (30) calendar days in advance of closing if they want coverage to be in effect upon transfer of title.

Buyer's mortgage lender may require Buyer to purchase flood insurance in connection with Buyer's purchase of this Property. The National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP, those premiums are increasing and, in some cases, will rise by a substantial amount over the premiums previously charged for flood insurance for the Property. As a result, Buyer should not rely on the premiums paid for flood insurance on this Property previously as an indication of the premiums that will apply after Buyer completes the purchase. In considering Buyer's purchase of this Property, Buyer is therefore urged to consult with one or more carriers of flood insurance for a better understanding of flood insurance coverage, the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may increase in the future.

**(H) Qualifications of Inspectors.**

Where the term "qualified inspectors" is used in this Contract, it is intended to refer to persons or businesses that are licensed or certified by the State of New Jersey for such purpose.

**(I) Water Quality.**

Buyer acknowledges that Seller, the Broker(s) and/or its agent(s) make no representations concerning the quality of the drinking water or any drinking water health advisories issued by federal, state and/or municipal agencies, including but not limited to concerning manufactured chemicals, such as per - and poly- fluoalkyl substances ("PFAS"), or otherwise, at the Property, except as set forth by Seller in the Seller Property Disclosure Statement, if applicable. Buyer has the right and is advised to contact the local water utility, the municipality where the Property is located and/or the New Jersey Department of Environmental Protection to learn more about the drinking water at the Property, as well as testing, monitoring and reducing exposure to contaminants.

**17. MEGAN'S LAW STATEMENT:**

Under New Jersey law, the county prosecutor determines whether and how to provide notice of the presence of convicted sex offenders in an area. In their professional capacity, real estate licensees are not entitled to notification by the county prosecutor under Megan's Law and are unable to obtain such information for you. Upon closing, the county prosecutor may be contacted for such further information as may be disclosable to you.

**18. MEGAN'S LAW REGISTRY:**

Buyer is notified that New Jersey law establishes an Internet Registry of Sex Offenders that may be accessed at www.njsp.org. Neither Seller nor any real estate broker or salesperson make any representation as to the accuracy of the registry.

**19. NOTIFICATION REGARDING OFF-SITE CONDITIONS: (Applicable to all resale transactions.)**

Pursuant to the New Residential Construction Off-Site Conditions Disclosure Act, N.J.S.A. 46:3C-1, et seq., the clerks of municipalities in New Jersey maintain lists of off-site conditions which may affect the value of residential properties in the vicinity of the off-site condition. Buyers may examine the lists and are encouraged to independently investigate the area surrounding this property in order to become familiar with any off-site conditions which may affect the value of the property. In cases where a property is located near the border of a municipality, buyers may wish to also examine the list maintained by the neighboring municipality.



Buyer's Initials: JN

Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

**20. AIR SAFETY AND ZONING NOTICE:**

Any person who sells or transfers a property that is in an airport safety zone as set forth in the New Jersey Air Safety and Zoning Act of 1983, N.J.S.A. 6:1-80, et seq., and appearing on a municipal map used for tax purposes, as well as Seller's agent, shall provide notice to a prospective buyer that the property is located in an airport safety zone prior to the signing of the contract of sale. The Air Safety and Zoning Act also requires that each municipality in an airport safety zone enact an ordinance or ordinances incorporating the standards promulgated under the Act and providing for their enforcement within the delineated areas in the municipality. Buyer acknowledges receipt of the following list of airports and the municipalities that may be affected by them and that Buyer has the responsibility to contact the municipal clerk of any affected municipality concerning any ordinance that may affect the Property.

| Municipality | Airport(s) | Municipality | Airport(s) |
|---|---|---|---|
| Alexandria Tp. | Alexandria & Sky Manor | Manalapan Tp. (Monmouth Cty.) | Old Bridge |
| Andover Tp. | Aeroflex-Andover & Newton | Mansfield Tp. | Hackettstown |
| Bedminster Tp. | Somerset | Manville Bor. | Central Jersey Regional |
| Berkeley Tp. | Ocean County | Medford Tp. | Flying W |
| Berlin Bor. | Camden County | Middle Tp. | Cape May County |
| Blairstown Tp. | Blairstown | Millville | Millville Municipal |
| Branchburg Tp. | Somerset | Monroe Tp. (Gloucester Cty.) | Cross Keys & Southern Cross |
| Buena Bor. (Atlantic Cty.) | Vineland-Downtown | Monroe Tp. (Middlesex Cty.) | Old Bridge |
| Dennis Tp. | Woodbine Municipal | Montgomery Tp. | Princeton |
| Eagleswood Tp. | Eagles Nest | Ocean City | Ocean City |
| Ewing Tp. | Trenton-Mercer County | Old Bridge Tp. | Old Bridge |
| E. Hanover Tp. | Morristown Municipal | Oldmans Tp. | Oldmans |
| Florham Park Bor. | Morristown Municipal | Pemberton Tp. | Pemberton |
| Franklin Tp. (Gloucester Cty.) | Southern Cross & Vineland Downtown | Pequannock Tp. | Lincoln Park |
| Franklin Tp. (Hunterdon Cty.) | Sky Manor | Readington Tp. | Solberg-Hunterdon |
| Franklin Tp. (Somerset Cty.) | Central Jersey Regional | Rocky Hill Boro. | Princeton |
| Hammonton Bor. | Hammonton Municipal | Southampton Tp. | Red Lion |
| Hanover Tp. | Morristown Municipal | Springfield Tp. | Red Wing |
| Hillsborough Tp. | Central Jersey Regional | Upper Deerfield Tp. | Bucks |
| Hopewell Tp. (Mercer Cty.) | Trenton-Mercer County | Vineland City | Kroelinger & Vineland Downtown |
| Howell Tp. | Monmouth Executive | Wall Tp. | Monmouth Executive |
| Lacey Tp. | Ocean County | Wantage Tp. | Sussex |
| Lakewood Tp. | Lakewood | Robbinsville | Trenton-Robbinsville |
| Lincoln Park Bor. | Lincoln Park | West Milford Tp. | Greenwood Lake |
| Lower Tp. | Cape May County | Winslow Tp. | Camden County |
| Lumberton Tp. | Flying W & South Jersey Regional | Woodbine Bor. | Woodbine Municipal |

The following airports are not subject to the Airport Safety and Zoning Act because they are subject to federal regulation or within the jurisdiction of the Port of Authority of New York and New Jersey and therefore are not regulated by New Jersey: Essex County Airport, Linden Airport, Newark Liberty Airport, Teterboro Airport, Little Ferry Seaplane Base, Atlantic City International Airport, and Maguire Airforce Base and NAEC Lakehurst.

**21. BULK SALES:**

The New Jersey Bulk Sales Law, N.J.S.A. 54:50-38, (the "Law") applies to the sale of certain residential property. Under the Law, Buyer may be liable for taxes owed by Seller if the Law applies and Buyer does not deliver to the Director of the New Jersey Division of Taxation (the "Division") a copy of this Contract and a notice on a form required by the Division (the "Tax Form") at least ten (10) business days prior to the Closing. If Buyer decides to deliver the Tax Form to the Division, Seller shall cooperate with Buyer by promptly providing Buyer with any information that Buyer needs to complete and deliver the Tax Form in a timely manner. Buyer promptly shall deliver to Seller a copy of any notice that Buyer receives from the Division in response to the Tax Form.

The Law does not apply to the sale of a simple dwelling house, or the sale or lease of a seasonal rental property, if Seller is an individual, estate or trust, or any combination thereof, owning the simple dwelling house or seasonal rental property as joint tenants, tenants in common or tenancy by the entirety. A simple dwelling house is a one or two family residential building, or a cooperative or condominium unit used as a residential dwelling, none of which has any commercial property. A seasonal rental property is a time share, or a dwelling unit that is rented for residential purposes for a term of not more than 125 consecutive days, by an owner that has a permanent residence elsewhere.

If, prior to the Closing, the Division notifies Buyer to withhold an amount (the "Tax Amount") from the purchase price proceeds for possible unpaid tax liabilities of Seller, Buyer's attorney or Buyer's title insurance company (the "Escrow Agent") shall withhold the Tax Amount from the closing proceeds and place that amount in escrow (the "Tax Escrow"). If the Tax Amount exceeds the amount of available closing proceeds, Seller shall bring the deficiency to the Closing and the deficiency shall be added to the Tax Escrow. If the

Division directs the Escrow Agent or Buyer to remit funds from the Tax Escrow to the Division or some other entity, the Escrow Agent or Buyer shall do so. The Escrow Agent or Buyer shall only release the Tax Escrow, or the remaining balance thereof, to Seller (or as otherwise directed by the Division) upon receipt of written notice from the Division that it can be released, and that no liability will be asserted under the Law against Buyer.

**22. NOTICE TO BUYER CONCERNING INSURANCE:**
Buyer should obtain appropriate casualty and liability insurance for the Property. Buyer's mortgage lender will require that such insurance be in place at Closing. Occasionally, there are issues and delays in obtaining insurance. Be advised that a "binder" is only a temporary commitment to provide insurance coverage and is not an insurance policy. Buyer is therefore urged to contact a licensed insurance agent or broker to assist Buyer in satisfying Buyer's insurance requirements.

**23. MAINTENANCE AND CONDITION OF PROPERTY:**
Seller agrees to maintain the grounds, buildings and improvements, in good condition, subject to ordinary wear and tear. The premises shall be in "broom clean" condition and free of debris as of the Closing. Seller represents that all electrical, plumbing, heating and air conditioning systems (if applicable), together with all fixtures included within the terms of the Contract now work and shall be in proper working order at the Closing. Seller further states, that to the best of Seller's knowledge, there are currently no leaks or seepage in the roof, walls or basement. Seller does not guarantee the continuing condition of the premises as set forth in this Section after the Closing.

**24. RISK OF LOSS:**
The risk of loss or damage to the Property by fire or otherwise, except ordinary wear and tear, is the responsibility of Seller until the Closing.

**25. INITIAL AND FINAL WALK-THROUGHS:**
In addition to the inspections set forth elsewhere in this Contract, Seller agrees to permit Buyer or Buyer's duly authorized representative to conduct an initial and a final walk-through inspection of the interior and exterior of the Property at any reasonable time before the Closing. Seller shall have all utilities in service for the inspections.

**26. ADJUSTMENTS AT CLOSING:**
Seller shall pay for the preparation of the Deed, realty transfer fee, lien discharge fees, if any, and one-half of the title company charges for disbursements and attendance allowed by the Commissioner of Insurance; but all searches, title insurance premium and other conveyancing expenses are to be paid for by Buyer.

Seller and Buyer shall make prorated adjustments at Closing for items which have been paid by Seller or are due from Seller, such as real estate taxes, water and sewer charges that could be claims against the Property, rental and security deposits, association and condominium dues, and fuel in Seller's tank. Adjustments of fuel shall be based upon physical inventory and pricing by Seller's supplier. Such determination shall be conclusive.

If Buyer is assuming Seller's mortgage loan, Buyer shall credit Seller for all monies, such as real estate taxes and insurance premiums paid in advance or on deposit with Seller's mortgage lender. Buyer shall receive a credit for monies, which Seller owes to Seller's Mortgage lender, such as current interest or a deficit in the mortgage escrow account.

If the Property is used or enjoyed by not more than four families and the purchase price exceeds $1,000,000, then pursuant to N.J.S.A. 46:15-7.2, Seller will be solely responsible for payment of the Graduated Percent Fee due for the transfer of the Property. Seller is advised to contact a tax professional concerning the tax implications regarding this fee.

Unless an exemption applies, non-resident individuals, estates, or trusts that sell or transfer real property in New Jersey are required to make an estimated gross income tax payment to the State of New Jersey on the gain from a transfer/sale of real property (the so-called "Exit Tax,") as a condition of the recording of the deed.

If Seller is a foreign person (an individual, corporation or entity that is a non-US resident) under the Foreign Investment in Real Property Tax Act of 1980, as amended ("FIRPTA"), then with a few exceptions, a portion of the proceeds of sale may need to be withheld from Seller and paid to the Internal Revenue Service as an advance payment against Seller's tax liability.
Seller agrees that, if applicable, Seller will (a) be solely responsible for payment of any state or federal income tax withholding amount(s) required by law to be paid by Seller (which Buyer may deduct from the purchase price and pay at the Closing); and (b) execute and deliver to Buyer at the Closing any and all forms, affidavits or certifications required under state and federal law to be filed in connection with the amount(s) withheld.

There shall be no adjustment on any Homestead Rebate due or to become due.



Buyer's Initials: JN | Seller's Initials: AS 09/18/26 7:58 AM EDT dotloop verified

**27. FAILURE OF BUYER OR SELLER TO CLOSE:**
If Seller fails to close title to the Property in accordance with this Contract, Buyer then may commence any legal or equitable action to which Buyer may be entitled. If Buyer fails to close title in accordance with this Contract, Seller then may commence an action for damages it has suffered, and, in such case, the deposit monies paid on account of the purchase price shall be applied against such damages. If Buyer or Seller breach this Contract, the breaching party will nevertheless be liable to Brokers for the commissions in the amount set forth in this Contract, as well as reasonable attorneys' fees, costs and such other damages as are determined by the Court. If either Seller or Buyer commence such an action, in addition to any other remedy, the prevailing party will be entitled to reasonable attorneys' fees, costs and such other relief as is determined by the Court.

**28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGMENT:**
By signing below, Seller and Buyer acknowledge they received the Consumer Information Statement on New Jersey Real Estate Relationships from the Broker(s) prior to the first showing of the Property.

**29. DECLARATION OF BROKER(S)'S BUSINESS RELATIONSHIP(S):**
(A) Weichert Premier, **(name of firm) and its authorized representative(s)** Robert Greenblatt
______________________________ **(names of licensee(s))**

**ARE OPERATING IN THIS TRANSACTION AS A (indicate one of the following)**
☑ **SELLER'S AGENT** ☐ **BUYER'S AGENT** ☐ **DISCLOSED DUAL AGENT** ☐ **DESIGNATED AGENTS**
☐ **TRANSACTION BROKER.**

(B) **(If more than one firm is participating, provide the following.) INFORMATION SUPPLIED BY** EXP Realty LLC
**(name of other firm.) HAS INDICATED THAT IT IS OPERATING IN THIS TRANSACTION AS A (indicate one of the following)**
☐ **SELLER'S AGENT** ☑ **BUYER'S AGENT** ☐ **TRANSACTION BROKER.**

**30. BROKERS' INFORMATION AND COMMISSION:**
The commission, in accord with the previously executed brokerage services agreement(s) between Broker for Buyer and Buyer, if applicable, and between Broker for the Seller and Seller, if applicable, shall be due and payable at the Closing and payment by Buyer of the purchase consideration for the Property. Seller hereby authorizes and instructs whoever is the disbursing agent to pay the full commission as set forth below to the below-mentioned Listing Broker and, if applicable, to Participating Broker out of the proceeds of sale prior to the payment of any such funds to Seller. Buyer consents to the disbursing agent making said disbursements and authorizes and instructs whoever is the disbursing agent to disburse to Participating Broker the full commission due to Participating Broker that is paid by Buyer at the Closing. The commission shall be paid upon the purchase price set forth in Section 2 and shall include any amounts allocated to, among other things, furniture and fixtures.

| | | | |
|---|---|---|---|
| **Listing Broker:**<br>Weichert Premier | REC License ID:<br>8400380 | **Participating Broker:**<br>EXP Realty | REC License ID:<br>1008064 |
| **Agent at Listing Broker:**<br>Robert Greenblatt | REC License ID:<br>0788893 | **Agent at Participating Broker:**<br>Glenn Trace | REC License ID:<br>2191731 |
| Address:<br>10 West Main Street, Moorestown, NJ 08057 | | Address:<br>63 E Main Street, Marlton, NJ 08053 | |
| Office Phone:<br>(856) 235-1950 | Fax: | Office Phone:<br>(866) 201-6210 | Fax: |
| Agent Cell Phone:<br>856-296-4131 | E-mail:<br>robert@robertgreenblatt.com | Agent Cell Phone:<br>856-261-5441 | E-mail:<br>glenn@patmckennarealtors.com |
| **Commission due Listing Broker**<br>Per Listing or Other Written Agreement | | **Commission due Participating Broker**<br>Per Buyer Agency or Other Written Agreement | |
| From Seller: | From Buyer: | From Seller:<br>2.5% | From Buyer:<br>$495 |

Under New Jersey law, the brokerage services agreement(s) between the broker(s) and the Buyer and the Seller, respectively, set forth the commission to be paid to the broker(s) and may not be modified or otherwise changed, except in writing by the broker(s).


Buyer's Initials: JN
Seller's Initials: 09/18/26 7:58 AM EDT dotloop verified

dotloop signature verification
DigiSign Verified - 2669ca92-7d1c-42ea-a1d1-dc3066e5a359

**31. EQUITABLE LIEN:**
Under New Jersey law, brokers who bring the parties together in a real estate transaction are entitled to an equitable lien in the amount of their commission. This lien attaches to the property being sold from when the contract of sale is signed until the closing and then to the funds due to seller at closing, and is not contingent upon the notice provided in this Section. As a result of this lien, the party who disburses the funds at the Closing in this transaction should not release any portion of the commission to any party other than Broker(s) and, if there is a dispute with regard to the commission to be paid, should hold the disputed amount in escrow until the dispute with Broker(s) is resolved and written authorization to release the funds is provided by Broker(s).

**32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE:** ☐ Applicable ☑ Not Applicable
A real estate licensee in New Jersey who has an interest as a buyer or seller of real property is required to disclose in the sales contract that the person is a licensee. Thus, as a real estate licensee in the State of New Jersey who is, or has an interest in an entity that is, the buyer or seller in this Contract, ______________________ discloses that he/she/it is licensed in New Jersey as a real estate ☐ brokerage company ☐ broker ☐ broker-salesperson ☐ salesperson ☐ referral agent.

**33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS:**
Buyer and Seller agree that Broker(s) involved in this transaction will be provided with the Closing Disclosure documents and any amendments to those documents in the same time and manner as the Consumer Financial Protection Bureau requires that those documents be provided to Buyer and Seller. In addition, Buyer and Seller agree that, if one or both of them hire an attorney who disapproves this Contract as provided in the Attorney-Review Clause Section, then the attorney(s) will notify the Broker(s) in writing when either this Contract is finalized or the parties decide not to proceed with the transaction.

**34. PROFESSIONAL REFERRALS:**
Seller and Buyer may request the names of attorneys, inspectors, engineers, tradespeople or other professionals from their Brokers involved in the transaction. Any names provided by Broker(s) shall not be deemed to be a recommendation or testimony of competency of the person or persons referred. Seller and Buyer shall assume full responsibility for their selection(s) and hold Brokers and/or salespersons harmless for any claim or actions resulting from the work or duties performed by these professionals.

**35. ATTORNEY-REVIEW CLAUSE:**
(1) **Study by Attorney.** Buyer or Seller may choose to have an attorney study this Contract. If an attorney is consulted, the attorney must complete his or her review of the Contract within a three-day period. This Contract will be legally binding at the end of this three-day period unless an attorney for Buyer or Seller reviews and disapproves of the Contract.

(2) **Counting the Time.** You count the three days from the date of delivery of the signed Contract to Buyer and Seller. You do not count Saturdays, Sundays or legal holidays. Buyer and Seller may agree in writing to extend the three-day period for attorney review.

(3) **Notice of Disapproval.** If an attorney for the Buyer or Seller reviews and disapproves of this Contract, the attorney must notify the Broker(s) and the other party named in this Contract within the three-day period. Otherwise this Contract will be legally binding as written. The attorney must send the notice of disapproval to the Broker(s) by fax, e-mail, personal delivery, or overnight mail with proof of delivery. Notice by overnight mail will be effective upon mailing. The personal delivery will be effective upon delivery to the Broker's office. The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in the Contract that would make it satisfactory.

**36. NOTICES:**
All notices shall be by certified mail, fax, e-mail, recognized overnight courier or electronic document (except for notices under the Attorney-Review Clause Section) or by delivering it personally. The certified letter, e-mail, reputable overnight carrier, fax or electronic document will be effective upon sending. Notices to Seller and Buyer shall be addressed to the addresses in Section 1, unless otherwise specified in writing by the respective party.

**37. NO ASSIGNMENT:**
This Contract shall not be assigned without the written consent of Seller. This means that Buyer may not transfer to anyone else Buyer's rights under this Contract to purchase the Property.

**38. ELECTRONIC SIGNATURES AND DOCUMENTS:**
Buyer and Seller agree that the New Jersey Uniform Electronic Transaction Act, N.J.S.A. 12A:12-1 to 26, applies to this transaction, including but not limited to the parties and their representatives having the right to use electronic signatures and electronic documents that are created, generated, sent, communicated, received or stored in connection with this transaction. Since Section 11 of the Act provides that acknowledging an electronic signature is not necessary for the signature of such a person where all other information required to be included is attached to or logically associated with the signature or record, such electronic signatures, including but not limited to an electronic signature of one of the parties to this Contract, do not have to be witnessed.



Buyer's Initials: JN

Seller's Initials: (initialed) 09/18/26 7:58 AM EDT dotloop verified

**39. CORPORATE RESOLUTIONS:**
If Buyer or Seller is a corporate or other entity, the person signing below on behalf of the entity represents that all required corporate resolutions have been duly approved and the person has the authority to sign on behalf of the entity.

**40. ENTIRE AGREEMENT; PARTIES LIABLE:**
This Contract contains the entire agreement of the parties. No representations have been made by any of the parties, the Broker(s) or its salespersons, except as set forth in this Contract. This Contract is binding upon all parties who sign it and all who succeed to their rights and responsibilities and only may be amended by an agreement in writing signed by Buyer and Seller.

**41. APPLICABLE LAWS:**
This Contract shall be governed by and construed in accordance with the laws of the State of New Jersey and any lawsuit relating to this Contract or the underlying transaction shall be venued in the State of New Jersey.

**42. ADDENDA:**
The following additional terms are included in the attached addenda or riders and incorporated into this Contract (check if applicable):

- ☐ Buyer's Property Sale Contingency
- ☑ Condominium/Homeowner's Associations
- ☐ Coronavirus
- ☐ FHA/VA Loans
- ☐ Lead Based Paint Disclosure (Pre-1978)
- ☐ New Construction
- ☐ Private Sewage Disposal (Other than Cesspool)
- ☐ Private Well Testing
- ☐ Properties With Three (3) or More Units
- ☐ Seller Concession
- ☐ Short Sale
- ☐ Solar Panel
- ☐ Swimming Pools
- ☐ Taxes for Properties $1 Million and More
- ☐ Underground Fuel Tank(s)

**43. ADDITIONAL CONTRACTUAL PROVISIONS:**
As-Is sale. Buyer responsible for any/all inspections, certifications and repairs which may be required for closing. A bankruptcy trustee addendum will be circulated with this contract. Buyer is waiving all home inspections. Bankruptcy Estate is responsible for all back HOA fees, utility fees, clearing all municipal liens, sewer/water back dues, and will present a clear and marketable title at settlement.

WITNESS:

| WITNESS | Signature | Date |
|---|---|---|
| | *Javaid Najmi* — BUYER | 09/17/2026 |
| | BUYER | Date |
| | BUYER | Date |
| | BUYER | Date |
| | *Andrew Sklar* (dotloop verified 09/18/26 7:58 AM EDT ARH2-6CFY-A3WB-DOCC) — SELLER | Date |
| | SELLER | Date |
| | SELLER | Date |
| | SELLER | Date |



Buyer's Initials: JN
Seller's Initials: AS (09/18/26 7:58 AM EDT dotloop verified)

NEW JERSEY REALTORS®

# WIRE FRAUD NOTICE

© 2018 New Jersey REALTORS®

**PROTECT YOURSELF FROM BECOMING A VICTIM OF WIRE FRAUD.** Wire fraud has become very common. It typically involves a criminal hacker sending fraudulent wire transfer instructions in an email to an unsuspecting buyer/tenant or seller/landlord in a real estate transaction that appears as though it is from a trusted source, such as the victim's broker, attorney, appraiser, home inspector or title agent. The email may look exactly like other emails that the victim received in the past from such individuals, including having the same or a similar email address, accurate loan and other financial information, and the logo of one of those individuals. If the hacker is successful, the victim will follow the bogus instructions to wire money, such as deposit money or the payment of an invoice, to the hacker's account. Once this money has been wired, it may not be possible to recover it.

We strongly recommend that, **before** you wire funds to any party, including your own attorney, real estate broker or title agent, you **personally call** them to confirm the account number and other wire instructions. You only should call them at a number that you have obtained on your own (e.g., from the sales contract, the lease, their website, etc.) and should **not** use any phone number that is in any email - **even if the email appears to be from someone you know**.

If you have any reason to believe that your money was sent to a hacker, you must immediately contact your bank and your local office of the Federal Bureau of Investigation, who can work with other agencies to try to recover your money, to advise them where and when the money was sent. You also should promptly file a complaint with the Internet Crime Center at bec.ic3.gov.

Finally, since much of the information included in such fraudulent emails is obtained from email accounts that are not secure, we strongly recommend that you not provide any sensitive personal or financial information in an email or an attachment to an email. Whenever possible, such information, including Social Security numbers, bank account and credit card numbers and wiring instructions, should be sent by more secure means, such as by hand delivery, over the phone, or through secure mail or overnight services.

**By signing below, you indicate that you have read and understand the contents of this Notice:**

**Seller/Landlord:** *Andrew Sklar* (dotloop verified 09/18/26 7:58 AM EDT VQXP-93MO-JU24-L79B) **Date:** ____________________

**Seller/Landlord:** ____________________ **Date:** ____________________

**Buyer/Tenant:** *Javaid Najmi* **Date:** 09/17/2026

**Buyer/Tenant:** ____________________ **Date:** ____________________

Weichert REALTORS

# "AS-IS" Addendum to Agreement of Sale

**THIS IS A LEGALLY BINDING CONTRACT THAT WILL BECOME FINAL WITHIN THREE BUSINESS DAYS. DURING THIS PERIOD, YOU MAY CHOOSE TO CONSULT AN ATTORNEY WHO CAN REVIEW AND CANCEL THE CONTRACT. SEE SECTION ON ATTORNEY REVIEW FOR DETAILS.**

This ADDENDUM is made a part of the Contract for Sale dated the 16th day of September, 2026, BETWEEN Andrew Sklar Trustee for the Bankruptcy Estate of Keisha Henry the Seller(s) AND Javaid Najmi, the Buyers(s) of the premises known as all that certain parcel of ground together with the improvements thereon, situated in the Municipality of Winslow Twp, County of Camden, State of New Jersey known as Tax Block(s) 00008 Lot(s) 01101 01 and more commonly known as 8 Wagon Wheel Dr, Sicklerville, NJ 08081.

THE PARTIES AGREE THAT THE FOLLOWING MODIFIES THE EXISTING CONTRACT FOR SALE. ALL TERMS, CONDITIONS, AND COVENANTS OF THE EXISTING CONTRACT FOR SALE NOT MODIFIED BY THIS ADDENDUM, REMAIN UNCHANGED AND IN FULL FORCE AND EFFECT. THE TERMS OF THIS ADDENDUM SHALL TAKE PRECEDENCE OVER AND CONTROL IN THE EVENT OF A CONFLICT BETWEEN THIS ADDENDUM AND THE CONTRACT FOR SALE AND ANY PRIOR AMENDMENT OR ADDENDUM.

(1) It is understood and agreed that the property is being purchased in "as-is" condition with all of its faults.

(2) The Seller, Seller's Broker/Agent(s), their employees, salespeople, officers and/or partners make no representations, warranties or guarantees of any kind whatsoever, including, but not limited to: habitability; legality of use; zoning; or condition with regard to the property. SELLER WILL NOT MAKE OR CAUSE TO BE MADE ANY REPAIRS OR IMPROVEMENTS TO THE PROPERTY.

(3) Buyer understands and agrees that the property may have defects and may need repair work. Buyer assumes all responsibility for making any repairs and /or improvements as may be required by a lending institution, governmental agency, or any other entity in order to affect the sale of the property. Buyer agrees to indemnify and hold harmless the Seller, Seller's Agent(s), their employees, salespeople, officers and/or partners from any damages which may be sustained by Buyer or any other party. Furthermore, Seller is neither responsible for nor obligated to provide or perform any certifications or inspections.

(4) In the event any provision of this Addendum conflicts in whole or in part with the terms contained in the main body of the Agreement or any addendum or rider attached thereto, the provisions of this Addendum shall control and the conflicting terms in the Agreement are hereby considered deleted and expressly waived by both Buyer and Seller.

© Copyright 2023 Weichert South Jersey, Inc. All rights reserved. Any form of reproduction or distribution is strictly prohibited.

## ATTORNEY REVIEW:

1. **Study by Attorney**
The Buyer or the Seller may choose to have an attorney study this contract. If an attorney is consulted, the attorney must complete his or her review of the contract within a three-day period. This contract will be legally binding at the end of this three-day period unless an attorney for the Buyer or Seller reviews and disapproves of the contract.

2. **Counting the Time**
You count the three days from the date of delivery of the signed contract to the Buyer and the Seller. You do not count Saturdays, Sundays, or legal holidays. The Buyer and the Seller may agree in writing to extend the three-day period for attorney review.

3. **Notice of Disapproval**
If an attorney for the Buyer or the Seller reviews and disapproves of this contract, the attorney must notify the Broker(s) and the other party named in this contract within the three-day period. Otherwise, this contract will be legally binding as written. The attorney must send the notice of disapproval to the Broker(s) by certified mail, by telegram, or by delivering it personally. The telegram or certified letter will be effective upon sending. The personal delivery will be effective upon delivery to the Broker's office. The attorney may but need not also inform the Broker(s) of any suggested revisions in the contract that would make it satisfactory.

4. **Addresses to Where the Notice of Disapproval Must be Sent**

SELLER:

BUYER: JAVAid NAjmi
7 Pine Ridge Drive
East Brunswick NJ
08816

SELLER'S BROKER:

BUYER'S BROKER: EXP
63 E MAIN ST
MARLTON N.J. 08053

SELLER'S ATTORNEY:

BUYER'S ATTORNEY:

Robert Greenblatt
Listing Agent Date

Andrew Silar
Seller Date

Seller Date

Glenn Tocci 09/17/2024
Buyer Agent Date

Jawad Najmi 09/17/2024
Buyer Date

Buyer Date

© Copyright 2023 Weichert South Jersey, Inc. All rights reserved. Any form of reproduction or distribution is strictly prohibited.

Weichert REALTORS®

# SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

Property Address: 8 Wagon Wheel Dr, Sicklerville, NJ 08081

("Property").

Seller: Andrew Sklar Trustee for the Bankruptcy Estate of Keisha Henry

("Seller").

The purpose of this Disclosure Statement is to disclose, to the best of Seller's knowledge, the condition of the Property, as of the date set forth below. The Seller is aware that he or she is under an obligation to disclose any known material defects in the Property even if not addressed in this printed form. Seller alone is the source of all information contained in this form. All prospective buyers of the Property are cautioned to carefully inspect the Property and to carefully inspect the surrounding area for any off-site conditions that may adversely affect the Property. Moreover, this Disclosure Statement is not intended to be a substitute for prospective buyer's hiring of qualified experts to inspect the Property.

If your Property consists of multiple units, systems and/or features, please provide complete answers on all such units, systems and/or features even if the question is phrased in the singular, such as if a duplex has multiple furnaces, water heaters and fireplaces.

## OCCUPANCY

| Yes | No | Unknown | | |
|---|---|---|---|---|
| | | ☑ | 1. | Age of House, if known ______ |
| ☐ | ☑ | | 2. | Does the Seller currently occupy this Property? If not, how long has it been since Seller occupied the Property? ______ |
| | | | 3. | What year did the Seller buy the Property? ______ |
| ☐ | ☑ | | 3a. | Do you have in your possession the original or a copy of the deed evidencing your ownership of the Property? If "yes," please attach a copy of it to this form. |

## ROOF

| Yes | No | Unknown | | |
|---|---|---|---|---|
| | | ☑ | 4. | Age of roof ______ |
| ☐ | ☐ | | 5. | Has roof been replaced or repaired since Seller bought the Property? |
| ☐ | ☐ | | 6. | Are you aware of any roof leaks? |
| | | | 7. | Explain any "yes" answers that you give in this section: ______ |

## ATTIC, BASEMENTS AND CRAWL SPACES (Complete only if applicable)

| Yes | No | Unknown | | |
|---|---|---|---|---|
| ☐ | ☐ | | 8. | Does the Property have one or more sump pumps? |
| ☐ | ☐ | | 8a. | Are there any problems with the operation of any sump pump? |
| ☐ | ☑ | | 9. | Are you aware of any water leakage, accumulation or dampness within the basement or crawl spaces or any other areas within any of the structures on the Property? |
| ☐ | ☑ | | 9a. | Are you aware of the presence of any mold or similar natural substance within the basement or crawl spaces or any other areas within any of the structures on the Property? |
| ☐ | ☑ | | 10. | Are you aware of any repairs or other attempts to control any water or dampness problem in the basement or crawl space? If "yes," describe the location, nature, and date of the repairs: ______ |
| ☐ | ☑ | | 11. | Are you aware of any cracks or bulges in the basement floor or foundation walls? If "yes," specify location: ______ |



Created by Robert Greenblatt with SkySlope® Forms

☐ ☑ 12. Are you aware of any restrictions on how the attic may be used as a result of the manner in which the attic or roof was constructed?

☐ ☐ 13. Is the attic or house ventilated by: ☐ a whole house fan? ☐ an attic fan

☐ ☑ 13a. Are you aware of any problems with the operation of such a fan?

14. In what manner is access to the attic space provided?
☐ staircase ☐ pull downstairs ☐ crawl space with aid of ladder or other device
☐ other ______________________

15. Explain any "yes" answers that you give in this section: ______________________

## TERMITES/WOOD DESTROYING INSECTS, DRY ROT, PESTS

Yes No Unknown

☐ ☑ 16. Are you aware of any termites/wood destroying insects, dry rot, or pests affecting the Property?

☐ ☑ 17. Are you aware of any damage to the Property caused by termites/wood destroying insects, dry rot, or pests?

☐ ☐ 18. If "yes," has work been performed to repair the damage?

☐ ☐ 19. Is your Property under contract by a licensed pest control company? If "yes," state the name and address of the licensed pest control company: ______________________

☐ ☑ 20. Are you aware of any termite/pest control inspections or treatments performed on the Property in the past?

21. Explain any "yes" answers that you give in this section: ______________________

## STRUCTURAL ITEMS

Yes No Unknown

☐ ☑ 22. Are you aware of any movement, shifting, or other problems with walls, floors, or foundations, including any restrictions on how any space, other than the attic or roof, may be used as a result of the manner in which it was constructed?

☐ ☑ 23. Are you aware if the Property or any of the structures on it have ever been damaged by fire, smoke, wind or flood?

☐ ☑ 24. Are you aware of any fire-retardant plywood used in the construction?

☐ ☑ 25. Are you aware of any current or past problems with driveways, walkways, patios, sinkholes, or retaining walls on the Property?

☐ ☑ 26. Are you aware of any present or past efforts made to repair any problems with the items in this section?

27. Explain any "yes" answers that you give in this section. Please describe the location and nature of the problem: ______________________

## ADDITIONS/REMODELS

Yes No Unknown

☐ ☑ 28. Are you aware of any additions, structural changes, or other alterations to the structures on the Property made by any present or past owners?

☐ ☐ 29. Were the proper building permits and approvals obtained? Explain any "yes" answers you give in this section: ______________________

## PLUMBING, WATER AND SEWAGE

Yes No Unknown

30. What is the source of your drinking water?
☐ Public ☐ Community System ☐ Well on Property ☐ Other (explain) ______________________

☐ ☐ 31. If your drinking water source is not public, have you performed any tests on the water? If so, when? ______________________
Attach a copy of or describe the results: ______________________

| Yes | No | Unknown | | |
|---|---|---|---|---|
| ☐ | ☐ | ☑ | 32. | Does the wastewater from any clothes washer, dishwasher, or other appliance discharge to any location other than the sewer, septic, or other system that services the rest of the Property? |
| | | ☐ | 33. | When was well installed? ______ Location of well? ______ |
| ☐ | ☐ | | 34. | Do you have a softener, filter, or other water purification system? ☐ Leased ☐ Owned |
| | | | 35. | What is the type of sewage system? ☐ Public Sewer ☐ Private Sewer ☐ Septic System ☐ Cesspool ☐ Other (explain): ______ |
| ☐ | ☐ | | 36. | If you answered, "septic system," have you ever had the system inspected to confirm that it is a true septic system and not a cesspool? |
| | | ☑ | 37. | If Septic System, when was it installed? ______ Location? ______ |
| | | ☑ | 38. | When was the Septic System or Cesspool last cleaned and/or serviced? ______ |
| ☐ | ☐ | | 39. | Are you aware of any abandoned Septic Systems or Cesspools on your Property? |
| ☐ | ☐ | | 39a. | If "yes," is the closure in accordance with the municipality's ordinance? Explain: ______ |
| ☐ | ☑ | | 40. | Are you aware of any leaks, backups, or other problems relating to any of the plumbing systems and fixtures (including pipes, sinks, tubs and showers), or of any other water or sewage related problems? If "yes," explain. ______ |
| ☐ | ☑ | | 41. | Are you aware of the presence of any lead piping, including but not limited to any service line, piping materials, fixtures, and solder. If "yes," explain: ______ |
| ☐ | ☑ | | 42. | Are you aware of any shut off, disconnected, or abandoned wells, underground water or sewage tanks, or dry wells on the Property? |
| ☐ | ☐ | ☑ | 43. | Is either the private water or sewage system shared? If "yes," explain: ______ |
| | | | 44. | Water Heater: ☐ Electric ☐ Fuel Oil ☐ Gas |
| | | ☑ | | Age of Water Heater ______ |
| ☐ | ☑ | | 44a. | Are you aware of any problems with the water heater? |
| | | | 45. | Explain any "yes" answers that you give in this section: ______ |

## HEATING AND AIR CONDITIONING

| Yes | No | Unknown | | |
|---|---|---|---|---|
| | | | 46. | Type of Air Conditioning: ☐ Central one zone ☐ Central multiple zone ☐ Wall/Window Unit ☐ None |
| | | | 47. | List any areas of the house that are not air conditioned: ______ |
| | | ☑ | 48. | What is the age of Air Conditioning System? ______ |
| | | | 49. | Type of heat: ☐ Electric ☐ Fuel Oil ☐ Natural Gas ☐ Propane ☐ Unheated ☐ Other |
| | | | 50. | What is the type of heating system? (for example, forced air, hot water or base board, radiator, steam heat) ______ |
| | | | 51. | If it is a centralized heating system, is it one zone or multiple zones? ______ |
| | | | 52. | Age of furnace ______ Date of last service: ______ |
| | | | 53. | List any areas of the house that are not heated: ______ |
| ☐ | ☐ | ☑ | 54. | Are you aware of any tanks on the Property, either above or underground, used to store fuel or other substances? |
| ☐ | ☐ | | 55. | If the tank is not in use, do you have a closure certificate? |
| ☐ | ☐ | | 56. | Are you aware of any problems with any items in this section? If "yes," explain: ______ |

## WOODBURNING STOVE OR FIREPLACE

| Yes | No | Unknown | | |
|---|---|---|---|---|
| ☐ | ☐ | | 57 | Do you have ☐ wood burning stove ☐ fireplace? ☐ insert? ☐ other |
| ☐ | ☐ | | 57a. | Is it presently usable? |
| ☐ | ☐ | ☐ | 58. | If you have a fireplace, when was the flue last cleaned? ______ |
| ☐ | ☐ | ☐ | 58a. | Was the flue cleaned by a professional or non-professional? ______ |

| Yes | No | Unknown | | |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | 59. | Have you obtained any required permits for any such item? |
| ☐ | ☐ | | 60. | Are you aware of any problems with any of these items? If "yes," please explain: ________ |

**ELECTRICAL SYSTEM**

| Yes | No | Unknown | | |
|---|---|---|---|---|
| | | | 61. | What type of wiring is in this structure? ☐ Copper ☐ Aluminum ☐ Other ☐ Unknown |
| | | | 62. | What amp service does the Property have? ☐60 ☐100 ☐150 ☐200 ☐Other ☐Unknown |
| ☐ | ☐ | ☑ | 63. | Does it have 240-volt service? Which are present D Circuit Breakers, ☐ Fuses or ☐ Both? |
| ☐ | ☐ | | 64. | Are you aware of any additions to the original service? If "yes," were the additions done by a licensed electrician? Name and address: ________ |
| ☐ | ☐ | ☐ | 65. | If "yes," were proper building permits and approvals obtained? |
| ☐ | ☐ | | 66. | Are you aware of any wall switches, light fixtures, or electrical outlets in need of repair? |
| | | | 67. | Explain any "yes" answers that you give in this section: ________ |

**LAND (SOILS, DRAINAGE AND BOUNDARIES)**

| Yes | No | Unknown | | |
|---|---|---|---|---|
| ☐ | ☑ | | 68. | Are you aware of any fill or expansive soil on the Property? |
| ☐ | ☑ | | 69. | Are you aware of any past or present mining operations in the area in which the Property is located? |
| ☐ | ☐ | | 70. | Is the Property located in a flood hazard zone? |
| ☐ | ☑ | | 71. | Are you aware of any drainage or flood problems affecting the Property? |
| ☐ | ☐ | ☑ | 72. | Are there any areas on the Property which are designated as protected wetlands? |
| ☐ | ☑ | | 73. | Are you aware of any encroachments, utility easements, boundary line disputes, drainage or other easements affecting the Property? |
| ☐ | ☐ | | 74. | Are there any water retention basins on the Property or the adjacent properties? |
| ☐ | ☑ | | 75. | Are you aware if any part of the Property is being claimed by the State of New Jersey as land presently or formerly covered by tidal water (Riparian claim or lease grant)? Explain: ________ |
| ☐ | ☑ | | 76. | Are you aware of any shared or common areas (for example, driveways, bridges, docks, walls, bulkheads, etc.) or maintenance agreements regarding the Property? |
| | | | 77. | Explain any "yes" answers to the preceding questions in this section: ________ |
| ☐ | ☑ | | 78. | Do you have a survey of the Property? |

**ENVIRONMENTAL HAZARDS**

| Yes | No | Unknown | | |
|---|---|---|---|---|
| ☐ | ☑ | | 79. | Have you received any written notification from any public agency or private concern informing you that the Property is adversely affected, or may be adversely affected, by a condition that exists on a property in the vicinity of this Property? If "yes," attach a copy of any such notice currently in your possession. |
| ☐ | ☑ | | 79a. | Are you aware of any condition that exists on any property in the vicinity which adversely affects, or has been identified as possibly adversely affecting, the quality or safety of the air, soil, water, and/or physical structures present on this Property? If "yes," explain: ________ |
| ☐ | ☑ | | 80. | Are you aware of any underground storage tanks (UST) or toxic substances now or previously present on this Property or adjacent property (structure or soil), such as polychlorinated biphenyl (PCB), solvents, hydraulic fluid, petro-chemicals, hazardous wastes, pesticides, chromium, thorium, lead, or other hazardous substances in the soil? If "yes," explain: ________ |
| ☐ | ☑ | | 81. | Are you aware if any underground storage tank has been tested? (Attach a copy of each test report or closure certificate if available.) |
| ☐ | ☐ | ☑ | 82. | Are you aware if the Property has been tested for the presence of any other toxic substances, such as lead-based paint, urea-formaldehyde foam insulation, asbestos-containing materials, or others? (Attach copy of each test report if available.) |

| Yes | No | Unknown | |
|---|---|---|---|
| | | | 83. If "yes" to any of the above, explain: ______ |
| ☐ | ☐ | | 83a. If "yes" to any of the above, were any actions taken to correct the problem? Explain: ______ |
| ☐ | ☐ | ☑ | 84. Is the Property in a designated Airport Safety Zone? |

**DEED RESTRICTIONS, SPECIAL DESIGNATIONS, HOMEOWNERS ASSOCIATION/CONDOMINIUMS AND CO-OPS**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | ☑ | | 85. Are you aware if the Property is subject to any deed restrictions or other limitations on how it may be used due to its being situated within a designated historic district, or a protected area like the New Jersey Pinelands, or its being subject to similar legal authorities other than typical local zoning ordinances? |
| ☐ | ☐ | | 86. Is the Property part of a condominium or other common interest ownership plan? |
| ☐ | ☐ | | 86a. If so, is the Property subject to any covenants, conditions, or restrictions as a result of its being part of a condominium or other form of common interest ownership? |
| ☐ | ☐ | | 87. As the owner of the Property, are you required to belong to a condominium association or homeowners association, or other similar organization or property owners? |
| ☐ | ☐ | | 87a. If so, what is the Association's name and telephone number? ______ |
| ☐ | ☐ | ☐ | 87b. If so, are there any dues or assessments involved? If "yes," how much? ______ |
| ☐ | ☐ | | 88. Are you aware of any defect, damage, or problem with any common elements or common areas that materially affects the Property? |
| | ☐ | ☐ | 89. Are you aware of any condition or claim which may result in an increase in assessments or fees? |
| ☐ | ☐ | ☐ | 90. Since you purchased the Property, have there been any changes to the rules or by-laws of the Association that impact the Property? |
| | | | 91. Explain any "yes" answers you give in this section: ______ |

**MISCELLANEOUS**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | ☑ | | 92. Are you aware of any existing or threatened legal action affecting the Property or any condominium or homeowners' association to which you, as an owner, belong? |
| ☐ | ☑ | | 93. Are you aware of any violations of Federal, State or local laws or regulations relating to this Property? |
| ☐ | ☑ | | 94. Are you aware of any zoning violations, encroachments on adjacent properties, non-conforming uses, or set-back violations relating to this Property? If so, please state whether the condition is pre-existing non-conformance to present day zoning or a violation to zoning and/or land use laws. |
| ☐ | ☑ | | 95. Are you aware of any public improvement, condominium or homeowner association assessments against the Property that remain unpaid? Are you aware of any violations of zoning, housing, building, safety, or fire ordinances that remain uncorrected? |
| ☑ | ☐ | ☐ | 96. Are there mortgages, encumbrances or liens on this Property? |
| ☐ | ☑ | | 96a. Are you aware of any reason, including a defect in title, that would prevent you from conveying clear title? |
| ☐ | ☑ | | 97. Are you aware of any material defects to the Property, dwelling, or fixtures which are not disclosed elsewhere on this form? (A defect is "material," if a reasonable person would attach importance to its existence or non-existence in deciding whether or how to proceed in the transaction.) If "yes," explain: ______ |
| ☐ | ☐ | | 98. Other than water and sewer charges, utility and cable tv fees, your local property taxes, any special assessments and any association dues or membership fees, are there any other fees that you pay on an ongoing basis with respect to this Property, such as garbage collection fees? |
| | | | 99. Explain any other "yes" answers you give in this section: ______ |

dotloop signature verification
DigiSign Verified - 2669ca92-7d1c-42ea-a1d1-dc3066e5a359

**RADON GAS** Instructions to Owners

By law (N.J.S.A. 26:2D-73), a Property owner who has had his or her Property tested or treated for radon gas may require that information about such testing and treatment be kept confidential until the time that the owner and a buyer enter into a contract of sale, at which time a copy of the test results and evidence of any subsequent mitigation or treatment shall be provided to the buyer. The law also provides that owners may waive, in writing, this right of confidentiality. As the owner(s) of this Property, do you wish to waive this right?

| Yes | No | | |
|---|---|---|---|
| ☑ | ☐ | AS 04/18/26 5:09 PM EDT dotloop verified (Initials) | AS 04/18/26 5:09 PM EDT dotloop verified (Initials) |

If you responded "yes," answer the following questions. If you responded "no," proceed to the next section.

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | ☑ | | 100. Are you aware if the Property has been tested for radon gas? (Attach a copy of each test report if available.) |
| ☐ | ☑ | | 101. Are you aware if the Property has been treated in an effort to mitigate the presence of radon gas? (If "yes," attach a copy of any evidence of such mitigation or treatment.) |
| ☐ | ☐ | | 102. Is radon remediation equipment now present in the Property? |
| ☐ | ☐ | | 102a. If "yes," is such equipment in good working order? |

**MAJOR APPLIANCES AND OTHER ITEMS**

The terms of any final contract executed by the Seller shall be controlling as to what appliances or other items, if any, shall be included in the sale of the Property. Which of the following items are present in the Property? (For items that are not present, indicate "not applicable.")

| Yes | No | Unknown | N/A | |
|---|---|---|---|---|
| ☐ | ☐ | | ☐ | 103. Electric Garage Door Opener |
| ☐ | ☐ | | ☐ | 103a. If "yes," are they reversible? Number of Transmitters ____________ |
| ☐ | ☐ | ☑ | ☐ | 104. Smoke Detectors<br>☐ Battery ☐ Electric ☐ Both How many ____________<br>☐ Carbon Monoxide Detectors How many ____________<br>Location ____________ |
| ☐ | ☐ | | ☐ | 105. With regard to the above items, are you aware that any item is not in working order? |
| | | | | 105a. If "yes," identify each item that is not in working order or defective and explain the nature of the problem: ____________ |
| ☐ | ☐ | | ☐ | 106. ☐ In-ground pool ☐ Above-ground pool ☐ Pool Heater ☐ Spa/HotTub |
| ☐ | ☐ | ☐ | | 106a. Were proper permits and approvals obtained? |
| ☐ | ☐ | | ☐ | 106b. Are you aware of any leaks or other defects with the filter or the walls or other structural or mechanical components of the pool or spa/hot tub? |
| ☐ | ☐ | | ☐ | 106c. If an in-ground pool, are you aware of any water seeping behind the walls of the pool? |

107. Indicate which of the following may be included in the sale? (Indicate Y for yes N for no.)

[☐] Refrigerator
[☐] Range
[☐] Microwave Oven
[☐] Dishwasher
[☐] Trash Compactor
[☐] Garbage Disposal
[☐] In-Ground Sprinkler System
[☐] Central Vacuum System
[☐] Security System
[☐] Washer
[☐] Dryer
[☐] Intercom
[☐] Other

108. Of those that may be included, is each in working order?
If "no," identify each item not in working order, explain the nature of the problem: ____________

**SOLAR PANEL SYSTEMS**

By completing this section, Seller is acknowledging that the Property is serviced by a Solar Panel System, which means a system of solar panels designed to absorb the sunlight as a source of energy for generating electricity or heating, any and all inverters, net meter, wiring, roof supports and any other equipment pertaining to the Solar Panels (collectively, the "Solar Panel System"). This information may be used, among other purposes, to prepare a Solar Panel Addendum to be affixed to and made a part of a contract of sale for the Property.

| Yes | No | Unknown | |
|---|---|---|---|
| | | ☐ | 109. When was the Solar Panel System Installed? ____________________ |
| | | ☐ | 109a. What is the name and contact information of the business that installed the Solar Panel System? ____________________ |
| ☐ | ☐ | | 109b. Do you have documents and/or contracts relating to the Solar Panel System? If "yes," please attach copies to this form. |
| ☐ | ☐ | ☐ | 110. Are SRECs available from the Solar Panel System? |
| | | ☐ | 110a. If SRECs are available, when will the SRECs expire? ____________________ |
| ☐ | ☐ | ☐ | 111. Is there any storage capacity on the Property for the Solar Panel System? |
| ☐ | ☐ | | 112. Are you aware of any defects in or damage to any component of the Solar Panel System? If yes, explain: ____________________ |

**Choose one of the following three options:**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | | | 113a. The Solar Panel System is financed under a power purchase agreement or other type of financing arrangement which requires me/us to make periodic payments to a Solar Panel System provider in order to acquire ownership of the Solar Panel System ("PPA")? If yes, proceed to Section A below. |
| ☐ | | | 113b. The Solar Panel System is the subject of a lease agreement. If yes, proceed to Section B below. |
| ☐ | | | 113c. I/we own the Solar Panel System outright. If yes, you do not have to answer any further questions. |

**Section A - the Solar Panel System is Subject to a PPA**

| Yes | No | Unknown | |
|---|---|---|---|
| | | ☐ | 114. What is the current periodic payment amount? $____________________ |
| | | ☐ | 115. What is the frequency of the periodic payments (check one)? ☐ Monthly ☐ Quarterly |
| | | ☐ | 116. What is the expiration date of the PPA, which is when you will become the owner of the Solar Panel System? ____________________ ("PPA Expiration Date") |
| ☐ | ☐ | | 117. Is there a balloon payment that will become due on or before the PPA Expiration Date? |
| | | ☐ | 118. If there is a balloon payment, what is the amount? $____________________ |

**Choose one of the following three options:**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | | | 119a. Buyer will assume my/our obligations under the PPA at Closing. |
| ☐ | | | 119b. I/we will pay off or otherwise obtain cancellation of the PPA as of the Closing so that the Solar Panel System can be included in the sale free and clear. |
| ☐ | | | 119c. I/we will remove the Solar Panel System from the Property and pay off or otherwise obtain cancellation of the PPA as of the Closing. |

**Section B - the Solar Panel System is Subject to a Lease**

| Yes | No | Unknown | |
|---|---|---|---|
| | | ☐ | 120. What is the current periodic lease payment amount? $____________________ |
| | | ☐ | 121. What is the frequency of the periodic lease payments (check one)? ☐ Monthly ☐ Quarterly |
| | | ☐ | 122. What is the expiration date of the lease? ____________________ |

**Choose one of the following two options:**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | | | 123a. Buyer will assume our obligations under the lease at Closing. |
| ☐ | | | 123b. I/we will obtain an early termination of the lease and will remove the Solar Panel System prior to Closing. |

**Section C - the Solar Panel System is Subject to Energy Certificate(S)**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | ☐ | ☐ | 124. Are Solar Transition Renewable Energy Certificates ("TRECs") available from the Solar Panel System? |
| | | ☐ | 124a. If TRECs are available, when will the TRECs expire? ____________________ |
| ☐ | ☐ | ☐ | 125. Are Solar Renewable Energy Certificates IIs("SREC IIs") available from the Solar Panel System? |
| | | ☐ | 125a. If SREC IIs are available, when will the SREC IIs expire? ____________________ |

dotloop signature verification
DigiSign Verified - 2669ca92-7d1c-42ea-a1d1-dc3066e5a369

**WATER INTRUSION**

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | ☐ | ☑ | 126. Are you aware of any water leakage, accumulation or dampness, the presence of mold or other similar natural substance, or repairs or other attempts to control any water or dampness problem on the Property? If yes, please describe the nature of the issue and any attempts to repair or control it: |

If yes, pursuant to New Jersey law, the **buyer** of the real Property is advised to refer to the 'Mold Guidelines for New Jersey Residents' pamphlet issued by the New Jersey Department of Health (njreal.to/mold-guidelines) **and** has the right to request a physical copy of the pamphlet from the real estate broker, broker-salesperson, or salesperson.

**FLOOD RISK**

Flood risks in New Jersey are growing due to the effects of climate change. Coastal and inland areas may experience significant flooding now and in the near future, including in places that were not previously known to flood. For example, by 2050, it is likely that sea-level rise will meet or exceed 2.1 feet above 2000 levels, placing over 40,000 New Jersey properties at risk of permanent coastal flooding. In addition, precipitation intensity in New Jersey is increasing at levels significantly above historic trends, placing inland properties at greater risk of flash flooding. These and other coastal and inland flood risks are expected to increase within the life of a typical mortgage originated in or after 2020.

To learn more about these impacts, including the flood risk to the Property, visit njreal.to/flood-disclosure. To learn more about how to prepare for a flood emergency, visit njreal.to/flood-planning.

| Yes | No | Unknown | |
|---|---|---|---|
| ☐ | ☐ | | 127. Is any or all of the Property located wholly or partially in the Special Flood Hazard Area ("100-year floodplain") according to FEMA's current flood insurance rate maps for your area? |
| ☐ | ☐ | | 128. Is any or all of the Property located wholly or partially in a Moderate Risk Flood Hazard Area ("500-year floodplain") according to FEMA's current flood insurance rate maps for your area? |
| ☐ | ☐ | ☑ | 129. Is the Property subject to any requirement under federal law to obtain and maintain flood insurance on the Property? *Properties in the special flood hazard area, also known as high-risk flood zones, on FEMA's flood insurance rate maps with mortgages from federally regulated or insured lenders are required to obtain and maintain flood insurance. Even when not required, FEMA encourages property owners in high risk, moderate risk, and low risk flood zones to purchase flood insurance that covers the structure and the personal property within the structure. Also note that properties in coastal and riverine areas may be subject to increased risk of flooding over time due to projected sea level rise and increased extreme storms caused by climate change which may not be reflected in current flood insurance rate maps.* |
| ☐ | ☐ | ☑ | 130. Have you ever received assistance, or are you aware of any previous owners receiving assistance, from FEMA, the U.S. Small Business Administration, or any other federal disaster flood assistance for flood damage to the Property? *For properties that have received federal disaster assistance, the requirement to obtain flood insurance passes down to all future owners. Failure to obtain and maintain flood insurance can result in an individual being ineligible for future assistance.* |
| ☐ | ☐ | ☑ | 131. Is there flood insurance on the Property? *A standard homeowner's insurance policy typically does not cover flood damage. You are encouraged to examine your policy to determine whether you are covered.* |
| ☐ | ☐ | ☑ | 132. Is there a FEMA elevation certificate available for the Property? If so, the elevation certificate must be shared with the buyer. *An elevation certificate is a FEMA form, completed by a licensed surveyor or engineer. The form provides critical information about the flood risk of the Property and is used by flood insurance providers under the National Flood Insurance Program to help determine the appropriate flood insurance rating for the Property. A buyer may be able to use the elevation certificate from a previous owner for their flood insurance policy.* |
| ☐ | ☐ | ☑ | 133. Have you ever filed a claim for flood damage to the Property with any insurance provider, including the National Flood Insurance Program? If the claim was approved, what was the amount received? $________________ |
| ☐ | ☐ | ☑ | 134. Has the Property experienced any flood damage, water seepage, or pooled water due to a natural flood event, such as heavy rainfall, coastal storm surge, tidal inundation, or river overflow? If so, how many times? ________________ |

135. Explain any "yes" answers that you give in this section:

**ACKNOWLEDGMENT OF SELLER**

The undersigned Seller affirms that the information set forth in this Disclosure Statement is accurate and complete to the best of Seller's knowledge, but is not a warranty as to the condition of the Property. Seller hereby authorizes the real estate brokerage firm representing or assisting the Seller to provide this Disclosure Statement to all prospective buyers of the Property, and to other real estate agents. Seller alone is the source of all information contained in this statement. *If the Seller relied upon any credible representations of another, the Seller should state the name(s) of the person(s) who made the representation(s) and describe the information that was relied upon.

Andrew Sklar — dotloop verified 04/18/26 5:09 PM EDT H5HS-CUNG-UNTB-YE71

SELLER DATE

Andrew Sklar — dotloop verified 04/18/26 5:09 PM EDT 4NT2-XUA6-UF2S-H0HR

SELLER DATE

SELLER DATE

SELLER DATE

**EXECUTOR, ADMINISTRATOR, TRUSTEE**

(If applicable) The undersigned has never occupied the Property and lacks the personal knowledge necessary to complete this Disclosure Statement.

DATE

DATE

**RECEIPT AND ACKNOWLEDGMENT BY PROSPECTIVE BUYER**

The undersigned Prospective Buyer acknowledges receipt of this Disclosure Statement prior to signing a Contract of Sale pertaining to this Property. Prospective Buyer acknowledges that this Disclosure Statement is not a warranty by Seller and that it is Prospective Buyer's responsibility to satisfy himself or herself as to the condition of the Property. Prospective Buyer acknowledges that the Property may be inspected by qualified professionals, at Prospective Buyer's expense, to determine the actual condition of the Property. Prospective Buyer further acknowledges that this form is intended to provide information relating to the condition of the land, structures, major systems and amenities, if any, included in the sale. This form does not address local conditions which may affect a purchaser's use and enjoyment of the Property such as noise, odors, traffic volume, etc. Prospective Buyer acknowledges that they may independently investigate such local conditions before entering into a binding contract to purchase the Property. Prospective Buyer acknowledges that he or she understands that the visual inspection performed by the Seller's real estate broker/broker-salesperson/salesperson does not constitute a professional home inspection as performed by a licensed home inspector.

*Javaid Najmi* 09/17/2026

PROSPECTIVE BUYER DATE

PROSPECTIVE BUYER DATE

PROSPECTIVE BUYER DATE

PROSPECTIVE BUYER DATE

**ACKNOWLEDGMENT OF REAL ESTATE BROKER/BROKER-SALESPERSON/SALESPERSON**

The undersigned Seller's real estate broker/broker-salesperson/salesperson acknowledges receipt of the Property Disclosure Statement form and that the information contained in the form was provided by the Seller.

The Seller's real estate broker/broker-salesperson/salesperson also confirms that he or she visually inspected the Property with reasonable diligence to ascertain the accuracy of the information disclosed by the Seller, prior to providing a copy of the property disclosure statement to the buyer.

The Prospective Buyer's real estate broker/broker-salesperson/salesperson also acknowledges receipt of the Property Disclosure Statement form for the purpose of providing it to the Prospective Buyer.

*Robert Greenblatt* dotloop verified 04/19/26 3:23 PM EDT AXCE-ALNH-U0WS-P0SP

SELLER'S REAL ESTATE BROKER/ BROKER-SALESPERSON/SALESPERSON: DATE

*Glenn Trace* 09/17/2026

PROSPECTIVE BUYER'S REAL ESTATE BROKER/ BROKER-SALESPERSON/SALESPERSON: DATE

**ACKNOWLEDGEMENT OF THE MANAGER OF WEICHERT, REALTORS® REAL ESTATE BROKER/BROKER-SALESPERSON/SALESPERSON**

The undersigned Sales Manager of the Weichert, Realtors® broker(s) or agent(s) representing the seller in this transaction has reviewed the Seller's Property Condition Disclosure Statement. The undersigned Sales Manager has not inspected the property nor does the Sales Manager make any independent representation about the condition of the property herein.

WEICHERT, REALTORS® SALES MANAGER: *Frank Cawley* dotloop verified 04/23/26 4:38 PM EDT OSEB-OTIV-EY1U-LST0 Date: ________________

11:52 5G 90

Menu Inbox Products Log Out

Accounts Dashboard

**Receive a strange message or call?**
Pause and verify any requests to help avoid scams. **More details**

Hi, I'm Erica. How can I help?

**Ny Lighthouse Construction Inc**

You've been enjoying Preferred Rewards for Business since Feb 2021 My summary

**Banking**

Bank of America

FDIC *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

| | |
|---|---|
| Business Adv Relationship - 3977 | **$113,268.62** |
| Business Adv Relationship - 5623 | **$6,892.40** |

**Link a Bank of America account**

Accounts Pay & Transfer Deposit Checks Services

11:51 5G 91

Summary Dashboard

Total Value

**$103,946.58**

Day Change

+$629.94 (0.61%)




Transfer Deposit Orders Insights

**Investment** Value, Day Change

**Designated Bene Joint** **$91,161.55**
...886 Brokerage +$502.54 (0.55%)

**Designated Bene Joint** **$12,785.03**

Accounts Watchlist Trade Markets More

11:51 5G 91

# Accounts

+ Deposit Rewards Pay carc

Good morning,
**Javaid**

**Open an account** (+)

| | |
|---|---|
| **Banking**<br>2 accounts | **$68,006.64** |
| **TD BEYOND CHECKI...**<br>x2832 | **$65,099.91** |
| **TD CONVENIENCE C...**<br>x5477 | **$2,906.73** |
| **Credit Cards**<br>1 account | **$1,847.54** |
| **TD Double Up**<br>x8234 | **$1,847.54** |
| **Loans**<br>1 account | **$0.00** |

Accounts | Pay & Transfer | Products | More

DigiSign Verified - 2df35be0-27bb-4e97-818f-300f369fd7e6

## OFFER TO PURCHASE

THIS IS A PRELIMINARY DOCUMENT. COMPLETE TERMS AND CONDITIONS OF THE TRANSACTION SHALL BE CONTINUED IN A MUTUALLY AGREEABLE CONTRACT FOR SALE BETWEEN THE PARTIES.

Presenting BUYERS: Javaid Najmi

Are presenting an Offer to purchase the property at 8 Wagon Wheel Dr. Sicklerville NJ 08081

Being represented by their Agent Glenn Trace of **EXP REALTY LLC**.

OFFER AMOUNT ........ 285,000.00

EARNEST MONEY DEPOSIT paid at Contract Signing & held in Escrow ........ 5,000.00

BALANCE DUE at settlement in Cash, Certified Funds and/or Mortgage Funds... 280,000.00

Subject to: ☐ Conventional, ☐ FHA, ☐ VA, ☑ OTHER Cash Financing in the Amount of n/a

**The Projected Settlement Date is** 10/16/2026

**This PROPOSAL is made on the following Terms and Conditions:**

**PERSONAL PROPERTY & FIXTURES:** The Property being transferred includes all fixtures permanently attached to the building(s), all shrubbery, plantings and fencing. **ALSO INCLUDED**: All Appliances

EXCLUDED ITEMS: ______

**SUBJECT TO INSPECTIONS.** The following Inspections shall be paid for and ordered by the Buyer:

☐ Wood-Boring Insects ☐ Home Inspection ☐ Radon Test ☐ Sewer Line Scope Inspection ☐ Underground Oil Tank Sweep
☐ Well Water Testing ☐ Septic Inspection ☐ Pool Inspection ☐ Other n/a ☐ Other ______

**The following shall be ordered and paid for by the SELLER**:
☐ Township CO or CCO Inspection(s) ☐ Well Water Testing ☐ Other ______ ☐ Other ______

**SUFFICIENT ASSETS.** The Buyer represents that as of signing this Offer, Buyer has or will have as of the time of final settlement, all the necessary cash assets to complete settlement. Subject to mortgage financing, if applicable:

☑ the purchase of this Property IS NOT contingent upon the sale or rental of any other piece of Real Estate or personal property.

☐ In order to complete settlement, Buyer will require the proceeds from the sale of the Property located at ______, which ☐ IS, or ☐ IS NOT presently under contract.)

**Compensation from SELLER to EXP Realty LLC:** 2.5 **% of the gross sales price to be paid at the time of Final Settlement.**

OTHER: Buyers is waiving inspections, Seller is responsible for any Back HOA fees or Utility Bills, tax liens, and present a clear and marketable title at closing

By signing below the Buyer(s) acknowledges receipt of the NJ Consumer Information Statement prior to the first showing of the property.

**EXP Realty LLC &** Glenn Trace, acknowledges they are working in this transaction as a:

☐ SELLER'S AGENT ☑ BUYER'S AGENT ☐ DISCLOSED DUAL AGENT ☐ TRANSACTION BROKER

THIS PROPOSAL shall be presented to the Seller's Agent and subject to the approval by the Seller. If this offer is not accepted by the Seller within TWO days, the Buyer reserves the right to withdraw this Offer.

**Presenting Agent:** Glenn Trace
**Agent License #:** 2191731
**Presenting Agency:** **EXP REALTY LLC (License #1008064)**
**Address:** 63 E Main St
Marlton NJ 08053
**EXP Main Phone:** **(866) 201-6210**
**Agent Cell:** 856-261-5441
**Agent Email** glenn@patmckennarealtors.com

**BUYER OFFER ACKNOWLEDGEMENT**

BUYER *Javaid Najmi* 09/16/2026
DATE

BUYER ______
DATE

**Address:** 7 Pine Ridge Drive
East Brunswick NJ 08816

# ADDENDUM TO CONTRACT OF SALE BETWEEN ANDREW SKLAR, BANKRUPTCY TRUSTEE FOR KEISHA J. HENRY ("Seller") and JAVAID NAJMI ("Buyer")

**Premises:** 8 Wagon Wheel Drive, Sicklerville, NJ 08081 **(the "Property")**

Controlling Effect of this Addendum

This Addendum forms a part of the above-captioned Contract, which consists of a preprinted Purchase/Sale Agreement. To the extent that there is any ambiguity or conflict between any of the provisions of this Addendum and those of the printed Contract, then the provisions of this Addendum will govern.

Bankruptcy Provisions

This offer is being submitted as an offer to a Trustee in a pending bankruptcy proceeding and is only binding if and to the extent it is approved by the United States Bankruptcy Court for the District of New Jersey. It is subject to higher and better offers. In the event that Seller receives and accepts a higher and better offer, Buyer shall have the right but not the obligation, to submit additional offer(s) either prior to or at the time of the Hearing to approve the sale. In the case that there are competing offers submitted, the Seller reserves the right to set certain conditions concerning the timing of submission of higher and/or better offers. Upon rejection of this Agreement by the Court or acceptance of a higher or better offer submitted by someone other than the Buyer, the Seller and the Buyer shall both be released from all liability to one another and this Agreement shall become null and void. To the extent that Seller is not able to close on the date contemplated herein due to delays caused by the Bankruptcy approval process, including sending notice to creditors, such delay in closing shall not constitute breach of the terms of this Agreement.

Closing

Unless otherwise agreed, the closing for this transaction ("Closing") shall be held ten (10) days after the occurrence of the later of the following events: (1) the Order of the Court approving this Agreement and the transaction described herein becoming final and non-appealable; (2) in the event that any person appeals or otherwise opposes the Order of the Court so as to prevent it from becoming final and non-appealable and said Order is not stayed pending the completion of that appeal, the date of said Order; or (3) in the event that any person appeals or otherwise opposes the Order of the Court so as to prevent it from becoming final and non-appealable and the Order is stayed pending appeal, a final and non-appealable resolution of any such appeal or opposition in favor of approval of this Agreement and the transactions described herein.

Miscellaneous

Buyer shall obtain such abstracts or reports of title and other searches as Buyer deems necessary at Buyer's expense. Title is to be conveyed "as is" to Purchaser by Trustee's Deed. Seller makes no representations and warranties, express or implied, with respect to the state of the Properties, the status of title or any other matter relating to or pertaining to the transaction contemplated herein.

Seller shall be under no obligation to obtain or pay for a survey.

All back taxes, judgments, utility bills and other debts, which are liens against the Properties, shall be paid and/or released at Closing.

SELLER:
**ANDREW SKLAR, TRUSTEE IN BANKRUPTCY FOR KEISHA J. HENRY**

WITNESS: ____________________

By: *Andrew Sklar* dotloop verified 09/21/26 8:05 AM EDT NGD8-JMQP-PMGV-ZYU6

DATED: ____________________

BUYER:
**JAVAID NAJMI**

WITNESS: ____________________

By: *Javaid Najmi*

DATED: 09/19/2026