CAMDEN COUNTY, NJ
CAMDEN COUNTY CLERK'S OFFICE
DEED-OR BOOK 12797 PG 1213
RECORDED 04/21/2025 13:57:47
FILE NUMBER 2025021979
RCPT # 2792491; RECD BY: eRecord
RECORDING FEES 65.00
TOTAL TAX 2.00

# Camden County Document Summary Sheet

CAMDEN COUNTY CLERK

520 MARKET ST

CAMDEN NJ 08102

**Official Use Only**

| | | |
|---|---|---|
| **Transaction Identification Number** | | 7603659 9326308 |
| **Submission Date** *(mm/dd/yyyy)* | 04/03/2025 | **Return Address** *(for recorded documents)* |
| **No. of Pages** *(excluding Summary Sheet)* | 3 | KEISHA J HENRY |
| **Recording Fee** *(excluding transfer tax)* | $65.00 | 2950 WEST CYPRESS CREEK ROAD<br>STE 333 |
| **Realty Transfer Tax** | $2.00 | FORT LAUDERDALE, FL 33309 |
| **Total Amount** | $67.00 | |
| **Document Type** | DEED/NO EXEMPTION FROM REALTY TRANSFER FEE | |
| **Municipal Codes**<br>WINSLOW TWP | 36 | |
| **Batch Type** | L2 - LEVEL 2 (WITH IMAGES) | |

980535

**Additional Information (Official Use Only)**

** DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAMDEN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Camden County
# Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| Type | DEED/NO EXEMPTION FROM REALTY TRANSFER FEE | | | | |
| Consideration | $1.00 | | | | |
| Submitted By | K2X, INC | | | | |
| Document Date | 04/03/2025 | | | | |
| Reference Info | | | | | |
| Book ID | Book | Beginning Page | Instrument No. | Recorded/File | |
| | | | | | |

DEED/NO EXEMPTION FROM REALTY TRANSFER FEE

| GRANTOR | Name | Address |
|---|---|---|
| | KEISHA J HENRY | 5771 JOHNSON STREET, 5301, HOLLYWOOD, FL 33083 |

| GRANTEE | Name | Address |
|---|---|---|
| | KEISHA JENAE HENRY TRUST | PO BOX 5301, HOLLYWOOD, FL 33083 |

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| RESIDENTIAL PROPERTY (1 - 4 FAMILY) | 36 | 1101.01 | 8 | | 36 |

**** DO NOT REMOVE THIS PAGE.***
***COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF CAMDEN COUNTY FILING RECORD.***
***RETAIN THIS PAGE FOR FUTURE REFERENCE.***

**BARGAIN AND SALE DEED**

**Prepared by:**
Keisha J. Henry
5771 Johnson Street #5301
Hollywood, Florida [33083]

THIS DEED made this 03 day of April, 2025, between Keisha J. Henry, with mailing address at 5771 Johnson Street #5301, Hollywood, Florida [33083] (the "Grantor"), and KEISHA JENAE HENRY TRUST ©, a private trust, by and through its Trustee, Keisha JeNae Henry, with mailing address at P.O. Box 5301, Hollywood, Florida 33083 (the "Grantee").

WITNESSETH, that in consideration of the sum of One Dollar ($1.00), and other good and valuable consideration, the receipt of which is hereby acknowledged, the Grantor does hereby grant and convey unto the Grantee, its successors and assigns forever, all that certain tract or parcel of land and premises situated in the Township of Winslow, County of Camden, State of New Jersey, more particularly described as follows:

**Tax Map Reference:** Map 11.01, Block 1101.01, Lot 8, Township of Winslow, Camden County, NJ

**LEGAL DESCRIPTION OF PROPERTY:**
**BEING THE SAME PREMISES**

ALL that certain land and premises situated in the Township of Winslow, County of Camden, and the State of New Jersey, bounded and described as follows:

**BEGINNING** at a point in the southwesterly corner of Lot 8, said beginning point also being in the division line between Lots 7 and 8, Block 1101.01 on the plan hereinafter mentioned, and from said beginning point; running thence:

1. **North 03 degrees 38 minutes 15 seconds East** along said division line and passing through the middle line of the partition wall between premises 7 and 8 Wagon Wheel Drive, a distance of **100.00 feet** to a point; thence
2. **South 86 degrees 21 minutes 45 seconds East** a distance of **20.00 feet** to a point in the division line between Lots 8 and 9, Block 1101.01 on said plan; thence
3. **South 03 degrees 38 minutes 15 seconds West** along said division line and passing through the middle line of the partition wall between premises 8 and 9 Wagon Wheel Drive, a distance of **100.00 feet** to a point; thence
4. **North 86 degrees 21 minutes 45 seconds** West a distance of **20.00 feet** to the point and place of **BEGINNING.**

BEING known as **Lot 8, Block 1101.01** as shown on the Township of Winslow tax map.

COMMONLY known as **8 Wagon Wheel Drive, Sicklerville, New Jersey.**

**SUBJECT TO:** This conveyance is subject to any and all existing easements, restrictions, reservations, covenants, conditions, rights-of-way, encumbrances, and liens as of record may appear, including but not limited to zoning laws and regulations of the municipality.

**COVENANTS:** The Grantor **covenants** that they are lawfully seized in fee simple of the above-described property and have the full right, power, and authority to convey the same, but **makes no further warranties or guarantees** as to the title of the property, other than as may be implied by law.

**TO HAVE AND TO HOLD** the said premises, together with all singular rights, members, hereditaments, and appurtenances thereof, unto the said Grantee, its successors, and assigns forever.

**IN WITNESS WHEREOF,** the Grantor has hereunto set her hand and seal the day and year first above written.

Keisha J. Henry, Grantor

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

On this 3 day of April, 2025, before me, the undersigned Notary Public, personally appeared Keisha J. Henry, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, she executed the instrument for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

Notary Public

My Commission Expires: 12/14/2027

ANA LISSETTE ESTRELLA
Notary Public - State of Florida
Commission # HH 473253
My Comm. Expires Dec 14, 2027
Bonded through National Notary Assn.

GIT/REP-3
(8-24)
(Print or Type)

# State of New Jersey
# Seller's Residency Certification/Exemption

## Seller's Information

Name(s)
Keisha J Henry

Current Street Address
5771 Johnson Street #5301

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Hollyood | FL | 33083 |

## Property Information

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 1101.01 | 8 | |

Street Address
8 Wagon Wheel Dr

| City, Town, Post Office | State | ZIP Code |
|---|---|---|
| Sicklerville | NJ | 08081 |

| Seller's Percentage of Ownership | Total Consideration | Owner's Share of Consideration | Closing Date |
|---|---|---|---|
| 100 | 1.00 | 1.00 | 4/3/2025 |

## Seller's Assurances (Check the Appropriate Box) (Boxes 2 through 16 apply to Residents and Nonresidents)

1. ☐ Seller is a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to the New Jersey Gross Income Tax Act, will file a resident Gross Income Tax return, and will pay any applicable taxes on any gain or income from the disposition of this property.
2. ☐ The real property sold or transferred is used exclusively as a principal residence as defined in 26 U.S. Code section 121.
3. ☐ Seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor, or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☐ Seller is not an individual, estate, or trust and is not required to make an estimated Gross Income Tax payment.
6. ☒ The total consideration for the property is $1,000 or less so the seller is not required to make an estimated Income Tax payment.

7a. ☐ The gain from the sale is not recognized for federal income tax purposes under 26 U.S. Code section 721, 1031, or 1033 (CIRCLE THE APPLICABLE CODE SECTION). If the indicated section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey Income Tax return for the year of the sale and report the recognized gain. See instructions.

7b. ☐ Seller only received like-kind property.

8. ☐ The real property is being transferred by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this State.
9. ☐ The real property being sold is subject to a short sale instituted by the mortgagee, whereby the seller agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.
10. ☐ The deed is dated prior to August 1, 2004, and was not previously recorded.
11. ☐ The real property is being transferred under a relocation company transaction where a trustee of the relocation company buys the property from the seller and then sells the house to a third party buyer for the same price.
12. ☐ The real property is being transferred between spouses or incident to a divorce decree or property settlement agreement under 26 U.S. Code section 1041.
13. ☐ The property transferred is a cemetery plot.
14. ☐ The seller is not receiving net proceeds from the sale. Net proceeds from the sale means the net amount due to the seller on the settlement sheet.
15. ☐ The seller is a retirement trust that received an acknowledgment letter from the Internal Revenue Service that the seller is a retirement trust, and is therefore not required to make the estimated Gross Income Tax payment.
16. ☐ The seller (and/or spouse/civil union partner) originally purchased the property while a resident of New Jersey as a member of the U.S. Armed Forces and is now selling the property as a result of being deployed on active duty outside of New Jersey. (Only check this box if applicable and neither boxes 1 nor 2 apply.)

## Seller's Declaration

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein may be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that a Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

4/3/2025 — Date — [signature] Signature (Seller) — Indicate if Power of Attorney or Attorney in Fact

Date — Signature (Seller) — Indicate if Power of Attorney or Attorney in Fact