UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. RICHARD DRESSEL, ESQUIRE (ED 1793)
LEX NOVA LAW LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
856-382-8211
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In Re:

KEISHA JENAE HENRY,

Debtor.

Case No.: 25-17457(ABA)

Chapter: 7

Hearing Date: ______

Judge: Andrew B. Altenburg

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant E. Richard Dressel, on behalf of Andrew Sklar, Chapter 7 Trustee requests that the time period to/for Trustee's Motion to Sell Real Prop. as required by ______ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   The Property is not insured and is subject to vandalism. Interest and Taxes continue to accrue. Buyer requests a closing on/before October 23, 2026
2. A hearing is requested on or before:
   October 22, 2026
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: October 14, 2026

/s/ E. Richard Dressel
Signature

*rev.5/19/2025*