UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED 1793)
LEX NOVA LAW LLC
2000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
(856) 382-8211
rdressel@lexnovalaw.com
Attorneys for Andrew Sklar,
Chapter 7 Trustee

In Re:

KEISHA JENAE HENRY,

Debtor.

Case No.: 25-17457(ABA)

Chapter: 7

Judge: Andrew B. Altenburg

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of E. Richard Dressel for a reduction of time for a hearing on Trustee Andrew Sklar Motion for Entry of Order Authorizing Sale of Real Property Free and Clear of Liens, Claims and Encumbrances under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on October at ____________ in the United States Bankruptcy Court,
Courtroom No. ________.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

______________________________________________________________________________

______________________________________________________________________________

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

______________________________________________________________________________

______________________________________________________________________________

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

❑ on the same day as the date of this order, or

❑ within ________ day(s) of the date of this Order.

5. Notice by telephone:

❑ is not required

❑ must be provided to ____________________________________________________________

❑ on the same day as the date of this Order, or

❑ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _________ day(s) prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*