UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. Richard Dressel, Esquire (ED1793)
Lex Nova Law, LLC
20000 Horizon Way, Suite 750
Mt. Laurel, NJ 08054
(856) 382-8211
Counsel to Andrew Sklar,
Chapter 7 Trustee

In Re:

KEISHA JENAE HENRY,

Debtor.

Case No.: 25-17457 (ABA)

Judge: Andrew B. Altenburg

Chapter: 7

Hearing Date: Oct. 20, 2026 @ 10:00 a.m.

## CERTIFICATE OF SERVICE

1. I, Angela DiDonato:

☐ represent ________________________________ in this matter.

☒ am the secretary/paralegal for E. Richard Dressel, Esquire, who represents Andrew Sklar, Chapter 7 Trustee in the above captioned matter.

☐ am the ___________________ in this case and am representing myself.

2. On October 14, 2026, I sent a copy of the following pleading and/or documents to the parties listed in the chart below.

   a. Notice of Motion for the entry of an Order Authorizing the Sale of Real Property of the Estate Free and Claim of Liens, Claims and Encumbrances;
   b. Proposed form of Order Authorizing the Sale of Real Property of the Estate Free and Claim of Liens, Claims and Encumbrances;
   c. Certification in Support of Motion for the entry of an Order Authorizing the Sale of Real Property of the Estate Free and Claim of Liens, Claims and Encumbrances;
   d. Application for Order Shortening Time; and

e. Entered Order Shortening Time Period for Notice Setting Hearing and Limiting Notice.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 14, 2026 _/s/ Angela DiDonato_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Select Portfolio Servicing, Inc.<br>P.O. Box 65450<br>Salt Lake City, UT 84165 | First Mortgage Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other USPS Overnight<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>7933 Prestone Rd.<br>Plano, TX 75024 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Real Time Resolutions, Inc.<br>1349 Empire Central Dr., Suite 1300<br>Dallas, TX 75247<br>Attn: Teresa Nguayi | Second Mortgage Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other UPS Overnight<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew M. Lubin, Esquire<br>McCabe, Weisberg & Conway, P.C.<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108 | Counsel for Real Time Resolutions, Inc. Second Mortgage Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other UPS Overnight<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilton's Corner Proprietary Assoc.<br>60 Meetinghouse Circle<br>Sicklerville, NJ 08081 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Other UPS Overnight |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Select Portfolio Servicing, Inc.<br>P.O. Box 65450<br>Salt Lake City, UT 84165 | First Mortgage Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other USPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Unterlack, Esquire<br>Hill Wallack, LLP<br>1415 Route 70 East, Suite 309<br>Cherry Hill, NJ 08034 | Counsel for Wilton's Corner | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Garden State Investments<br>6601 Ventnor Ave., Suite 103<br>Ventnor City, NJ 08406 | Tax Certificate Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐Certified mail/RRR<br>☒ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Trystone Capital Asset, LLC<br>P.O. Box 1030<br>Brick, NJ 08723 | Tax Certificate Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other USPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pro Cap 8 FBO Firstrust Bank<br>P.O. Box 774<br>Fort Washington, PA 19034 | Tax Certificate Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other USPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| R.A. Lebron, Esquire<br>Fein Such Kahn & Shepard, P.C.<br>6 Campus Drive, Suite 304<br>Parsippany, NJ 07054 | Counsel for SPS<br>First Mortgage Holder | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Red Oak Holdings<br>c/o Fein Such Kahn & Shepard, P.C.<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Keisha Jenae Henry<br>100 SE Third Avenue, Suite 1000<br>Ft. Lauderdale, FL 33394 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐Certified mail/RRR<br>☒ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>A div. of Capital One, N.H.<br>AIS Portfolio Services, LLC<br>4515 N. Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other UPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Motor Vehicle Commission, DMV<br>Automated Surcharge<br>P.O. Box 136<br>Trenton, NJ 08666 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>☒ Other USPS Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kia Finance America<br>P.O. Box 660891<br>Dallas, TX 75266 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Events & Adventures<br>c/o Keynote Consulting, Inc.<br>1530 E. Dundee Rd., Suite 190<br>Palatine, IL 60074 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FDOT<br>c/o Linebarger Goggan Blair Sampson<br>4828 Loop Central Dr., Suite 600<br>Houston, TX 77081 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>c/o Midland Credit Management, Inc.<br>350 Camino De La Reina, Suite 100<br>San Diego, CA 92108 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AT&T Mobility<br>c/o Prince Parker & Associates<br>1065 W. Levoy Dr., Suite 100<br>Taylorsville, UT 84123 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Geico Casualty Co.<br>c/o Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Fort Lauderdale<br>c/o Valley Collection Service<br>P.O. Box 10130<br>Glendale, AZ 85318 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Professional Parking Management<br>P.O. Box 350218<br>Fort Lauderdale, FL 33335 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FDOT<br>P.O. Box 31241<br>Tampa, FL 33631 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Fort Lauderdale<br>P.O. Box 31631<br>Tampa, FL 33631 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |